FILED
OCT 25 11 42 AM '79
WILLIAM L. WHITTAKER
CLERK
U. S. DISTRICT COURT
NO. DIST. OF CA.

RECEIVED
OCT 18 1979
CLERK, U. S. DISTRICT COURT
SAN FRANCISCO

13

JOHN A. DRUMMOND, County Counsel
STEPHEN D. UNDERWOOD, Deputy County Counsel
County of Mendocino
Courthouse Room 304
Ukiah, California 95482

Telephone: (707) 468-4446

Attorneys for Defendant IRENE LANGE,
Tax Collector for Mendocino County

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | NO: C-79-1710 SW<br><br>STIPULATION TO AMEND ANSWER TO COMPLAINT FOR DECLARATORY INJUNCTIVE RELIEF AND DAMAGES AND ORDER THEREON |

Plaintiffs and Defendant, IRENE LANGE, Tax Collector of the County of Mendocino, through their respective counsel, hereby stipulate that Defendants be permitted to amend their previous Answer filed herein as follows:

A. Defendant omitted Paragraphs 17 and 18 from said Answer and hereby inserts their Answer to said Paragraphs as follows:

PLAINTIFF CLASS ALLEGATIONS

1. Defendant has no information or belief sufficient to enable her to answer the allegations of Paragraphs 17 and 18 of the complaint herein and, basing her denial on that ground, denies generally and specifically each and every allegation contained therein.

B. Defendant erroneously designated Paragraphs 5 and 6 of her Answer herein as Plaintiff Class Allegations and said designation is amended as follows:

//



Copies mailed to parties of Record

VR

DEFENDANT CLASS ALLEGATIONS

C. All remaining paragraphs of Defendants Answer shall not be affected by this stipulation, except as otherwise provided herein.

DATED: October 16, 1979

Lester J. Marston
DAVID J. RAPPORT
CHARLES SCOTT, JR.
Attorneys for Plaintiffs

DATED: October 15, 1979

JOHN A. DRUMMOND, County Counsel

by: [signature]
STEPHEN D. UNDERWOOD
Deputy County Counsel

ORDER

Upon reading the above stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant be permitted to amend her Answer as set forth in the stipulation.

DATED: 10.24.79

Charles B Renfrew
JUDGE OF THE DISTRICT COURT