CHARLES D. HAUGHTON
County Counsel
ROBERT L. BRIDGES
Deputy County Counsel
255 N. Forbes Street
Lakeport, CA  95453
707 263 2321

Attorneys for Defendant CORA TAYLOR,
Tax Collector for Lake County

FILED
JAN 9  9 12 AM '80
WILLIAM L. WHITTAKER
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TILLIE HARDWICK, et al.,            )   No.  C-79-1710 SW
                                    )
              Plaintiffs,           )   STIPULATION FOR
                                    )   CONTINUANCE OF MOTION
       vs.                          )   FOR CLASS CERTIFICATION
                                    )   AND ORDER
UNITED STATES OF AMERICA, et al.,   )
                                    )
              Defendants.           )
_____)

The parties to this action, through their respective counsel, hereby stipulate and agree that the Motion For Class Certification and Status Conference in the above entitled action shall be continued from January 25, 1980 at 10:00 a.m. to February 8, 1980 at 10:00 a.m. or as soon thereafter as the matter may be heard.

Dated: Dec. 26, 1979            _____
                                ROBERT L. BRIDGES
                                Deputy County Counsel
                                Attorney for Defendant, CORA TAYLOR,
                                Tax Collector of the County of Lake

Dated: Dec 27, 1979             _____
                                STEPHEN O. UNDERWOOD
                                Deputy County Counsel
                                Attorney for Defendant, IRENE LANGE,
                                Tax Collector of the County of
                                Mendocino

Dated: Dec. 27, 1979            _____
                                DAVID J. RAPPORT
                                Attorney for Plaintiffs

Copies mailed to parties
    of Record

| | |
|---|---|
| Dated: *Jan. 2, 1980* | *Paul E. Locke*<br>PAUL E. LOCKE<br>Assistant United States Attorney<br>Attorney for Federal Defendants. |

ORDER

IT IS SO ORDERED.

Dated: JAN - 8 1980

*[signature]*
UNITED STATES DISTRICT JUDGE

- 2 -