DAVID J. RAPPORT
GEORGE FORMAN
CALIFORNIA INDIAN LEGAL SERVICES
200 West Henry Street
Post Office Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs

FILED
JUL - 1 1981
WILLIAM L. WHITTAKER
CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL NO. C-79-1710 SW |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

STIPULATION TO CONTINUANCE, AND ORDER

    Plaintiffs and the Federal defendants, through their respective attorneys of record,

    HEREBY STIPULATE that defendants shall have a sixty (60) day extension of their time to answer Plaintiffs' Second Set of Interrogatories to Federal Defendants WATT, SMITH, FINALE and BURCELL, and Plaintiffs' First Set of Interrogatories to Defendants SCHWEIKER, BLUESPRUCE, JOHNSON, and McSWAIN, filed June 8, 1981, to and including September 8, 1981.

    IT IS FURTHER STIPULATED that the hearing on cross-motions for summary judgment, currently set for September 2, 1981, shall be continued for at least ninety (90) days.

DATED: June 26, 1981

_____
DAVID J. RAPPORT
Attorney for Plaintiffs

Copies mailed to parties
   of Record

G. WILLIAM HUNTER
United States Attorney

DATED: 6/29/81      By: /s/ Paul E. Locke
                        PAUL E. LOCKE
                        Assistant United States Attorney

Attorneys for Federal Defendants

ORDER

Having read the foregoing stipulation and good cause appearing therefrom,

IT IS HEREBY ORDERED that the hearing on cross-motions for summary judgment be set for __November 18__, 1981, at __9__ o'clock __A__.M.

DATED: __30 JUN 1981__.

/s/ Spencer Williams
Judge, United States District Court
Northern District of California

-2-