

1  DAVID J. RAPPORT
2  LESTER J. MARSTON
   PAMELA S. WILLIAMS
3  CALIFORNIA INDIAN LEGAL SERVICES
   200 West Henry Street
4  Post Office Box 488
   Ukiah, California 95482
5  Telephone: (707) 462-3825

6  Attorneys for Plaintiffs

7

8

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   TILLIE HARDWICK, et al.,      )   No. C-79-1710-SW
13                               )
                 Plaintiffs,     )   STIPULATION TO
14                               )   CONTINUE HEARING ON
   v.                            )   CROSS-MOTIONS FOR
15                               )   SUMMARY JUDGMENT
   UNITED STATES OF AMERICA, et al., )
16                               )
                 Defendants.     )
17  _____

18       It is hereby stipulated by and between the parties
19  through their respective attorneys of record as follows:
20       1.  The Court has currently calendared a hearing on
21  cross-motions for summary judgment in the above-entitled action
22  for Wednesday, November 18, 1981;
23       2.  In preparation for those motions plaintiffs served
24  interrogatories on the federal defendants on or about June 5,
25  1981;
26       3.  At defendants' request plaintiffs stipulated twice
27  to extend the defendants' time to answer, the last extension
28  expired on September 22, 1981;
29       4.  Defendants, Watt, Smith, Finale and Burcell
30  answered on September 8, 1981.  Defendants Schweiker, Bluespruce,
31  Johnson and McSwain answered on September 22, 1981.
32  Copies mailed to parties
        of Record                -1-

5. On October 20, 1981, counsel for plaintiffs and defendants conducted a telephone conference regarding the adequacy of the answers submitted by Watt, Smith, Finale and Burcell. Defendants have agreed to provide further answers;

6. In order to permit the defendants adequate time to further answer the interrogatories and to permit plaintiffs to evaluate the answers in order to determine whether they can move for summary judgment or must engage in further discovery, Plaintiffs and defendants stipulate to continue the hearing date on cross motions for summary judgment to a date agreeable to the Court which is at least 90 days from the date of this stipulation.

DATED: 11/2/81

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
DAVID J. RAPPORT

Attorneys for Plaintiffs

DATED: November 5, 1981.

RODNEY H. HAMBLIN
United States Attorney

By: _____
PAUL E. LOCKE
Assistant United States Attorney

Attorneys for Federal Defendants

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-2-

O R D E R

Having read the foregoing stipulation and good cause appearing therefrom,

It is HEREBY ORDERED that the hearing on cross-motions for summary judgment be set for _Feb. 24_, 1982, at _9_ o'clock _a_.m..

DATED: 16 NOV 1981

UNITED STATES DISTRICT COURT JUDGE

-3-

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

I am a citizen of the United States, over the age of eighteen years, with my business address at 200 West Henry Street, Ukiah, California 95482, employed in the County of Mendocino and am not a party to the within action.

On the __10__ day of __December, 1982__, I served the within: __Plaintiff's Request For Settlement Conference and Order__

on __defendants__ in said action, by placing a true copy thereof enclosed in a sealed envelope with the correct postage thereon fully prepaid in the United States post office mail box at Ukiah, California, addressed as follows:

Paul E. Locke  
Assistant U.S. Attorney  
P.O. Box 36055  
450 Golden Gate Avenue  
San Francisco, CA 94102

Julie Torres, Esq.  
Law Offices of  
Ronald E. Hothem  
332 Pine Street  
San Francisco, CA 94104

Robert L. Bridges, Deputy  
County Counsel  
255 N. Forbes Street  
Lakeport, CA 95453

John C. Drummond  
County Counsel  
Courthouse, Rm. 304  
Ukiah, CA 95482

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 10, 1982__ at Ukiah, California.

_Gloria Lockart_