SCANNED

RECEIVED
FEB 18 1983
CLERK, U. S. DISTRICT COURT
SAN FRANCISCO

JULIE A. TORRES, ESQ.
LAW OFFICES OF RONALD E. HOTHEM
369 Broadway
San Francisco, California 94133
Telephone: (415) 421-8222

Attorneys for Defendants IRENE LANG, Tax Collector for the County of Mendocino, and DUANE WELLS, County Assessor

FILED
MAR 2 1983
WILLIAM L. WHITTAKER
CLERK, U. S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

86

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al.,<br>Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | CIVIL NO. C-79-1710-SW<br><br>STIPULATION RE ANSWER |

The plaintiffs herein and DUANE WELLS, County Assessor, through their respective counsel, hereby stipulate and agree that the answer filed on behalf of defendant IRENE LANG, Tax Collector for the County of Mendocino, shall be deemed filed as to defendant DUANE WELLS, County Assessor, and shall have the same force and effect as same.

DATED: 2/9/83

David J. Rapport
DAVID J. RAPPORT
Attorney for Plaintiffs

Copies mailed to parties of Record




PR

LAW OFFICES OF
RONALD E. HOTHEM
369 BROADWAY
SAN FRANCISCO, CALIFORNIA 94133
TELEPHONE: (415) 421-8222

DATED: January 26, 1983

Julie A. Torres
JULIE A. TORRES
Attorney for Defendants IRENE LANG and DUANE WELLS

ORDER

IT IS SO ORDERED.

Dated: -2 MAR 1983

Spencer Williams
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
RONALD E. HOTHEM
369 BROADWAY
SAN FRANCISCO, CALIFORNIA 94133
TELEPHONE: (415) 421-8222