```
 1  John F. Hahn, County Counsel
    John F. Whisenhunt, Deputy County Counsel
 2  108 Court Street
    Jackson, CA 95642
 3  Telephone: (209) 223-3230 Ext. 366
 4  Attorneys for Defendant County of Amador
 5
 6
 7              UNITED STATES DISTRICT COURT
 8              NORTHERN DISTRICT OF CALIFORNIA
 9
10  TILLIE HARDWICK, et al.,        )  NO. C-79-1710 SW
                                    )
11          Plaintiffs,             )  STIPULATION AND ORDER
                                    )
12      v.                          )
                                    )
13  UNITED STATES OF AMERICA, et al.,)
                                    )
14          Defendants.             )
                                    )
15  _____)
```

16    WHEREAS, the plaintiffs and defendant County of Amador
17 currently are involved in discussions which may lead to a
18 mutually agreeable settlement of this matter; and
19    WHEREAS, the plaintiffs and defendant County of Amador
20 desire to continue said discussions prior to the filing of
21 an answer or other responsive pleading by defendant County
22 of Amador.
23    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between
24 the plaintiffs and defendant County of Amador that the
25 latter party is granted an extension of time to July 1,
26 1985, in which to answer or otherwise respond to plaintiffs'
27 First Amended Complaint for Declaratory and Injunctive
28 Relief and Damages. Said extension may be revoked by

1

plaintiffs at any time by providing defendant County of Amador fourteen (14) days' prior written notice.

Dated: 2/7/85

CALIFORNIA INDIAN LEGAL SERVICES

By _David Rapport_
David J. Rapport
Attorney for Plaintiffs

Dated: 2/1/85

COUNTY OF AMADOR

By _John F. Whisenhunt_
John F. Whisenhunt
Attorney for Defendant County of Amador

It is so ordered:

Dated: FEB 15 1985

_____
United States District Judge

2