```
DAVID J. RAPPORT
LESTER J. MARSTON
CALIFORNIA INDIAN LEGAL SERVICES
200 West Henry Street
P.O. Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs

WILLIAM STANLEY
County of Siskiyou
304 Lane Street
P.O. Box 659
Yreka, California 96097
Telephone: (707) 842-3531

Attorneys for County Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710-SW |
| Plaintiffs. | STIPULATION AND ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

    WHEREAS, the plaintiffs and defendant County of Siskiyou currently are involved in discussions which may lead to a mutually agreeable settlement of this matter; and

    WHEREAS, the plaintiffs and defendant County of Siskiyou desire to continue said discussions prior to the filing of an answer or other responsive pleading by defendant County of Siskiyou.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the plaintiffs and defendant County of Siskiyou that the latter party is granted an extension of time to July 15, 1985, in which to answer or othwerwise respond to plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Damages. Said extension may be revoked by plaintiffs at any time by providing defendant County of Siskiyou fourteen (14) days' prior written notice.

Dated: 2/28/85

CALIFORNIA INDIAN LEGAL SERVICES

By _/s/ David Rapport_
DAVID J. RAPPORT
Attorney for Plaintiffs

Dated: 3/7/85

COUNTY OF SISKIYOU

By _/s/ William P. Stanley_
WILLIAM STANLEY
Attorney for Defendant County of Siskiyou

It is so ordered:

Dated: MAR 26 1985

_/s/ James Williams_
UNITED STATES DISTRICT JUDGE