```
1  DAVID J. RAPPORT
   LESTER J. MARSTON
2  California Indian Legal Services
   200 West Henry Street
3  Post Office Box 488
   Ukiah, California 95482
4  Telephone: (707) 462-3825

5  Attorneys for Plaintiffs

6  PETER KLEIN
   County Counsel
7  RONALD R. BALL
   Deputy County Counsel
8  Courthouse
   Ukiah, California 95482
9  Telephone: (707) 468-4446

10 Attorneys for Mendocino County Defendants
```

FILED
Aug 30  11 03 AM '85
WILLIAM L. WHITTAKER
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA.

SCANNED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710-SW |
| Plaintiffs, | STIPULATION TO ORDER PRESCRIBING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING ON APPROVAL OF SETTLEMENT AND ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

134

Through their respective attorneys of record, plaintiffs and defendant County of Mendocino hereby stipulate as follows:

1. On May 24, 1985, plaintiffs and defendants Mendocino County, the Tax Collector for Mendocino County, and the Assessor for Mendocino County entered a Stipulation for Entry of Judgment which certified a subclass consisting of class members from the Pinoleville and Redwood Valley rancherias in Mendocino

1  County.

2     2.  Under Federal Rule of Civil Procedure 23(e), before
3  this action can be compromised as proposed in the
4  above-referenced Stipulation for Entry of Judgment notice of the
5  proposed settlement must be given to all members of the subclass
6  in such manner as the Court directs and the Court must determine
7  after hearing whether the proposed settlement shall be approved
8  as fair, just and equitable to the class.

9     3.  Plaintiffs shall give notice to the subclass
10 entirely at their expense as provided in this paragraph.  A copy
11 of the notice that plaintiffs shall give is attached hereto as
12 Exhibit A and is incorporated herein by reference as though set
13 forth in full.  Within fifteen (15) days after the Court issues
14 its Order approving this Stipulation the plaintiffs shall:

15     (1)  Mail a copy of Exhibit A to each subclass
16 member listed in Exhibit A to Mailing List of Class Members,
17 filed herein on October 21, 1983, postage pre-paid, using United
18 States District Court, Attention E.F. Driscoll, P.O. Box 30660,
19 San Francisco, California 94102 as the return address; and

20     (2)  Publish Exhibit A as a legal notice once each
21 week for three (3) weeks in each newspaper in Mendocino County
22 listed in Exhibit B to Mailing List of Class Members, filed
23 herein on October 2, 1983.

24     4.  On November 6, 1985, at 10 a.m. or as soon
25 thereafter as the matter may be heard the Court shall hold a
26 hearing to determine whether or not to approve the Stipulation
27 for Entry of Judgment and to enter judgment as provided therein.

28     5.  On October 7, 1985, counsel for plaintiffs and the

EXHIBIT A

NOTICE OF HEARING ON APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT

<u>Hardwick</u> v. <u>United States</u>, C-79-1710, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act.  On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On <u>May 24, 1985</u>, plaintiffs and the defendant Mendocino County entered a written agreement to compromise and settle the remaining claims asserted against Mendocino County on behalf of class members from the <u>Pinoleville and Redwood Valley rancherias</u>.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE <u>PINOLEVILLE OR REDWOOD VALLEY</u> RANCHERIA AND YOU:

1.  Received a property interest in <u>any of these Rancherias</u> when deeds to rancheria property were distributed under the Rancheria Act; <u>or</u>

2.  Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

-1-

1 defendant Mendocino County shall file and serve a certificate of
2 counsel setting forth their reasons for supporting the settlement
3 and their proposed order approving the settlement.
4     6. On October 7, 1985, plaintiffs shall file and serve
5 a return showing what they have done to comply with paragraph 3.
6     7. On or after October 12, 1985, and prior to October
7 19, 1985, attorneys for plaintiffs and the County of Mendocino
8 shall in the presence of each other open and inspect all
9 responses to Exhibit "A" received by the Court and shall prepare
10 a report of those persons who have elected to be excluded from
11 the class, those whose notices were returned as undelivered, and
12 those who object to the settlement, summarizing the basis for the
13 objections. Said report shall be filed with the Court on October
14 28, 1985.

DATED: 7/25/85

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
DAVID J. RAPPORT
Attorneys for Plaintiffs

DATED: 7/26/85

PETER KLEIN
Counsel for Mendocino County

By: _____
RONALD BALL
Deputy County Counsel
Attorneys for Defendant,
Mendocino County

ORDER

Having read the foregoing stipulation and good cause appearing therefor

IT IS SO ORDERED.

DATED: AUG 30 1985

_____
Judge of the United States
District Court

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1. The original rancheria boundaries will be restored as "Indian Country" to clarify the respective jurisdictions of the tribal, county, state and federal governments.

2. Property taxes for the tax years 1982-83 and 1983-84 which were assessed on rancheria property owned by class members and which class members have paid to Mendocino County will be refunded.

3. Property owned by class members will not be taxable prior to December 31, 1987, and will not be taxable thereafter if class members have restored or elected to restore the property to federal trust status prior to that date.

4. Property owned by class members who have not elected to restore their property to trust status will be subject to property taxes after December 31, 1987.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 6, 1985 at 10:00 a.m. or as soon thereafter as the matter may be heard the Court will hold a hearing before the Honorable Spencer Williams, in Courtroom No. 1, 450 Golden Gate Avenue, San Francisco, CA., to decide whether to approve the settlement and to enter judgment against Mendocino County as agreed.

## YOUR RIGHTS

To protect your legal rights you may do any of the following:

1. You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW, to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102. The letter must be <u>received</u> by the Court <u>no later than</u> midnight, October 11, 1985. If you give notice under this paragraph, you will <u>not</u> receive the benefits provided by the settlement but you will <u>not</u> lose your right to seek damages against Mendocino County.

2. Any class member may submit written objections to the settlement or seek to intervene in the action. Objections must be addressed to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102 and contain on the outside of the envelope a reference to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW. Objections and motions to intervene must be <u>received</u> by the Court <u>no later than</u> midnight, October 11, 1985. Motions to intervene must otherwise comply with the Federal Rules of Civil Procedure and applicable Local rules.

3. Any class member may appear personally or through legal counsel at the hearing on November 6, 1985, to support or oppose the settlement.

4. <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

-3-

David J. Rapport
California Indian Legal Services
P.O. Box 488
Ukiah, CA.  95482
707-462-3825

DO NOT CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment.