1  DAVID J. RAPPORT
   LESTER J. MARSTON
2  California Indian Legal Services
   200 West Henry Street
3  Post Office Box 488
   Ukiah, California 95482
4  Telephone: (707) 462-3825

5  Attorneys for Plaintiffs

6  STEPHEN DIETRICH, JR.
   County Counsel
7  2 South Green Street
   Sonora, California 95370
8  Telephone: (209) 533-5517

9  Attorney for Tuolumne County Defendants

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

14  TILLIE HARDWICK, et al.,          )  No.  C-79-1710-SW
                                      )
15              Plaintiffs,           )  STIPULATION TO ORDER
                                      )  PRESCRIBING NOTICE OF
16      v.                            )  PROPOSED CLASS ACTION
                                      )  SETTLEMENT AND HEARING
17  UNITED STATES OF AMERICA, et al., )  ON APPROVAL OF SETTLEMENT
                                      )  AND ORDER
18  _____Defendants_____)

19          Through their respective attorneys of record,

20  plaintiffs and defendant County of Tuolumne hereby stipulate as

21  follows:

22          1.  On November 21, 1984, plaintiffs and defendants

23  Tuolumne County, the Tax Collector for Tuolumne County, the

24  Assessor for Tuolumne County, and the Board of Supervisors of

25  Tuolumne County, entered a Stipulation for Entry of Judgment

26  which certified a subclass consisting of class members from the

27  Chicken Ranch Rancheria in Tuolumne County.

28          2.  Under Federal Rule of Civil Procedure 23(e), before

1  this action can be compromised as proposed in the above-
2  referenced Stipulation for Entry of Judgment notice of the
3  proposed settlement must be given to all members of the subclass
4  in such manner as the Court directs and the Court must determine
5  after hearing whether the proposed settlement shall be approved
6  as fair, just and equitable to the class.
7          3.   Plaintiffs shall give notice to the subclass
8  entirely at their expense as provided in this paragraph.  A copy
9  of the notice that plaintiffs shall give is attached hereto as
10 Exhibit A and is incorporated herein by reference as though set
11 forth in full.  Within fifteen (15) days after the Court issues
12 its Order approving this Stipulation the plaintiffs shall:
13             (1)  Mail a copy of Exhibit A to each subclass
14 member listed in Exhibit A to Mailing List of Class Members,
15 filed herein on October 21, 1983, postage pre-paid, using United
16 States District Court, Attention E.F. Driscoll, P.O. Box 30660,
17 San Francisco, California 94102 as the return address; and
18             (2)  Publish Exhibit A as a legal notice once each
19 week for three (3) weeks in each newspaper in Tuolumne County
20 listed in Exhibit B to Mailing List of Class Members, filed
21 herein on October 2, 1983.
22         4.   On November 6, 1985, at 10 a.m. or as soon
23 thereafter as the matter may be heard the Court shall hold a
24 hearing to determine whether or not to approve the Stipulation
25 for Entry of Judgment and to enter judgment as provided therein.
26         5.   On October 7, 1985, counsel for plaintiffs and the
27 defendant Tuolumne County shall file and serve a certificate of
28 counsel setting forth their reasons for supporting the settlement

1 and their proposed order approving the settlement.

2      6.  On October 7, 1985, plaintiffs shall file and serve

3 a return showing what they have done to comply with paragraph 3.

4      7.  On or after October 12, 1985, and prior to October

5 19, 1985, attorneys for plaintiffs and the County of Tuolumne

6 shall in the presence of each other open and inspect all

7 responses to Exhibit "A" received by the Court and shall prepare

8 a report of those persons who have elected to be excluded from

9 the class, those whose notices were returned as undelivered, and

10 those who object to the settlement, summarizing the basis for the

11 objections.  Said report shall be filed with the Court on

12 October 28, 1985.

13 DATED: 7/25/85           CALIFORNIA INDIAN LEGAL SERVICES

14

15                        By: _____
                         DAVID J. RAPPORT
                         Attorneys for Plaintiffs

16

17 DATED: August 5, 1985      STEPHEN DIETRICH, JR.
                         Counsel for Tuolumne County

18

19                        By: _____
                         STEPHEN DIETRICH, JR.

20                          County Counsel
                         Attorneys for Defendant,
                         Tuolumne County

21

22                   ORDER

23      Having read the foregoing stipulation and good cause

24 appearing therefor

25      IT IS SO ORDERED.

26 DATED: AUG 3 0 1985

27                    _____
              Judge of the United States
              District Court

28

EXHIBIT A

NOTICE OF HEARING ON APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act.  On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On November 21, 1984, plaintiffs and the defendant Tuolumne County entered a written agreement to compromise and settle the remaining claims asserted against Tuolumne County on behalf of class members from the Chicken Ranch rancheria.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE CHICKEN RANCH RANCHERIA AND YOU:

1.    Received a property interest in the Chicken Ranch Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2.    Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

-1-

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1.  The original rancheria boundaries will be restored as "Indian Country" to clarify the respective jurisdictions of the tribal, county, state and federal governments.

2.  Property taxes for the tax years 1980-81, 1981-82, 1982-83, and 1983-84 which were assessed on rancheria property owned by class members and which class members have paid to Tuolumne County will be refunded.

3.  Property owned by class members will not be taxable prior to December 31, 1986, and will not be taxable thereafter if class members have restored or elected to restore the property to federal trust status prior to that date.

4.  Property owned by class members who have not elected to restore their property to trust status will be subject to property taxes after December 31, 1986.

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that on November 6, 1985 at 10:00 a.m. or as soon thereafter as the matter may be heard the Court will hold a hearing before the Honorable Spencer Williams, in Courtroom No. 1, 450 Golden Gate Avenue, San Francisco, CA., to decide whether to approve the settlement and to enter judgment against Tuolumne County as agreed.

<u>YOUR RIGHTS</u>

To protect your legal rights you may do any of the following:

-2-

1.   You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference on the outside of the envelope to Hardwick v. U.S., C-79-1710 SW, to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102.   The letter must be received by the Court no later than midnight, October 11, 1985.   If you give notice under this paragraph, you will not receive the benefits provided by the settlement but you will not lose your right to seek damages against Tuolumne County.

2.   Any class member may submit written objections to the settlement or seek to intervene in the action. Objections must be addressed to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102 and contain on the outside of the envelope a reference to Hardwick v. U.S., C-79-1710 SW.   Objections and motions to intervene must be received by the Court no later than midnight, October 11, 1985.   Motions to intervene must otherwise comply with the Federal Rules of Civil Procedure and applicable Local rules.

3.   Any class member may appear personally or through legal counsel at the hearing on November 6, 1985, to support or oppose the settlement.

-3-

4.  <u>If you have questions about the settlement,</u>
you may consult your own attorney or call or write
plaintiffs' attorneys as follows:

> David J. Rapport
> California Indian Legal Services
> P.O. Box 488
> Ukiah, CA.  95482
> 707-462-3825

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS
NOTICE will be bound by the judgment.

-4-