```
 1 | DAVID J. RAPPORT
 2 | LESTER J. MARSTON
   | California Indian Legal Services
 3 | 200 West Henry Street
   | Post Office Box 488
 4 | Ukiah, California 95482
   | Telephone: (707) 462-3825
 5 |
   | Attorneys for Plaintiffs
 6 |
   | SUSAN ROFF
 7 | Acting County Counsel
   | P.O. Box 388
 8 | Quincy, California 95971
   | Telephone: (916) 283-1840
 9 |
   | Attorney for Plumas County Defendants
10 |
```

FILED
Aug 30  10 59 AM '85
WILLIAM L. WHITTAKER
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

SCANNED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

136

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710-SW |
| Plaintiffs, | STIPULATION TO ORDER PRESCRIBING NOTICE OF |
| v. | PROPOSED CLASS ACTION SETTLEMENT AND HEARING |
| UNITED STATES OF AMERICA, et al., | ON APPROVAL OF SETTLEMENT AND ORDER |
| Defendants | |

Through their respective attorneys of record, plaintiffs and defendant County of Plumas hereby stipulate as follows:

1. On September 6, 1984, plaintiffs and defendants Plumas County, the Tax Collector for Plumas County, the Assessor for Plumas County, and the Board of Supervisors of Plumas County, entered a Stipulation for Entry of Judgment which certified a subclass consisting of class members from the Greenville Rancherias in Plumas County.

2. Under Federal Rule of Civil Procedure 23(e), before

1 this action can be compromised as proposed in the above-
2 referenced Stipulation for Entry of Judgment notice of the
3 proposed settlement must be given to all members of the subclass
4 in such manner as the Court directs and the Court must determine
5 after hearing whether the proposed settlement shall be approved
6 as fair, just and equitable to the class.
7      3.  Plaintiffs shall give notice to the subclass
8 entirely at their expense as provided in this paragraph.  A copy
9 of the notice that plaintiffs shall give is attached hereto as
10 Exhibit A and is incorporated herein by reference as though set
11 forth in full.  Within fifteen (15) days after the Court issues
12 its Order approving this Stipulation the plaintiffs shall:
13      (1)  Mail a copy of Exhibit A to each subclass
14 member listed in Exhibit A to Mailing List of Class Members,
15 filed herein on October 21, 1983, postage pre-paid, using United
16 States District Court, Attention E.F. Driscoll, P.O. Box 30660,
17 San Francisco, California 94102 as the return address; and
18      (2)  Publish Exhibit A as a legal notice once each
19 week for three (3) weeks in each newspaper in Plumas County
20 listed in Exhibit B to Mailing List of Class Members, filed
21 herein on October 21, 1983.
22      4.  On November 6, 1985, at 10 a.m. or as soon
23 thereafter as the matter may be heard the Court shall hold a
24 hearing to determine whether or not to approve the Stipulation
25 for Entry of Judgment and to enter judgment as provided therein.
26      5.  On October 7, 1985, counsel for plaintiffs and the
27 defendant Plumas County shall file and serve a certificate of
28 counsel setting forth their reasons for supporting the settlement

1  and their proposed order approving the settlement.

2      6. On October 7, 1985, plaintiffs shall file and serve a return showing what they have done to comply with paragraph 3.

4      7. On or after October 12, 1985, and prior to October 19, 1985, attorneys for plaintiffs and the County of Plumas shall in the presence of each other open and inspect all responses to Exhibit "A" received by the Court and shall prepare a report of those persons who have elected to be excluded from the class, those whose notices were returned as undelivered, and those who object to the settlement, summarizing the basis for the objections. Said report shall be filed with the Court on October 28, 1985.

DATED: 7/25/85

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
DAVID J. RAPPORT
Attorneys for Plaintiffs

DATED:

SUSAN ROFF
Counsel for Plumas County

By: _____
SUSAN ROFF
~~Acting~~ County Counsel
Attorneys for Defendant,
Plumas County

ORDER

Having read the foregoing stipulation and good cause appearing therefor

IT IS SO ORDERED.

DATED: AUG 29 1985

_____
Judge of the United States
District Court

EXHIBIT A

NOTICE OF HEARING ON APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act. On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On September 6, 1984, plaintiffs and the defendant Plumas County entered a written agreement to compromise and settle the remaining claims asserted against Plumas County on behalf of class members from the Greenville Rancheria.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE GREENVILLE RANCHERIA AND YOU:

1. Received a property interest in the Greenville Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2. Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

-1-

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1. The original rancheria boundaries will be restored as "Indian Country" to clarify the respective jurisdictions of the tribal, county, state and federal governments.

2. Property taxes for the last 4 years assessed on rancheria property owned by class members and which class members have paid to Plumas County will be refunded.

3. Property owned by class members will not be taxable prior to December 31, 1987, and will not be taxable thereafter if class members have restored or elected to restore the property to federal trust status prior to that date.

4. Property owned by class members who have not elected to restore their property to trust status will be subject to property taxes after December 31, 1987.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 6, 1985 at 10:00 a.m. or as soon thereafter as the matter may be heard the Court will hold a hearing before the Honorable Spencer Williams, in Courtroom No. 1, 450 Golden Gate Avenue, San Francisco, CA., to decide whether to approve the settlement and to enter judgment against Plumas County as agreed.

## YOUR RIGHTS

To protect your legal rights you may do any of the following:

1. You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW, to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102. The letter must be <u>received</u> by the Court <u>no later than</u> midnight, October 11, 1985. If you give notice under this paragraph, you will <u>not</u> receive the benefits provided by the settlement but you will <u>not</u> lose your right to seek damages against Plumas County.

2. Any class member may submit written objections to the settlement or seek to intervene in the action. Objections must be addressed to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102 and contain on the outside of the envelope a reference to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW. Objections and motions to intervene must be <u>received</u> by the Court <u>no later than</u> midnight, October 11, 1985. Motions to intervene must otherwise comply with the Federal Rules of Civil Procedure and applicable Local rules.

3. Any class member may appear personally or through legal counsel at the hearing on November 6, 1985, to support or oppose the settlement.

-3-

-4-

    4. <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

>David J. Rapport
>California Indian Legal Services
>P.O. Box 488
>Ukiah, CA.  95482
>707-462-3825

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

    CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment.