DAVID J. RAPPORT
LESTER J. MARSTON
California Indian Legal Services
200 West Henry Street
Post Office Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs

CAMERON L. REEVES
County Counsel
ROBERT L. BRIDGES
Deputy County Counsel
255 N. Forbes Street
Lakeport, California 95453
Telephone: (707) 263-2321

Attorneys for Lake County Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710-SW |
| Plaintiffs, | STIPULATION TO ORDER PRESCRIBING NOTICE OF |
| v. | PROPOSED CLASS ACTION SETTLEMENT AND HEARING |
| UNITED STATES OF AMERICA, et al., | ON APPROVAL OF SETTLEMENT AND ORDER |
| Defendants. | |

    Through their respective attorneys of record, plaintiffs and defendant County of Lake hereby stipulate as follows:

    1. On May 29, 1984, plaintiffs and defendants Lake County, the Tax Collector for Lake County, the Assessor for Lake County, and the Board of Supervisors of Lake County entered a stipulation for Entry of Judgment which certified a subclass consisting of class members from the Big Valley Rancheria in Lake County.

2. Under Federal Rule of Civil Procedure 23(e), before this action can be compromised as proposed in the above-referenced Stipulation for Entry of Judgment notice of the proposed settlement must be given to all members of the subclass in such manner as the Court directs and the Court must determine after hearing whether the proposed settlement shall be approved as fair, just and equitable to the class.

3. Plaintiffs shall give notice to the subclass entirely at their expense as provided in this paragraph. A copy of the notice that plaintiffs shall give is attached hereto as Exhibit A and is incorporated herein by reference as though set forth in full. Within fifteen (15) days after the Court issues its Order approving this Stipulation the plaintiffs shall:

(1) Mail a copy of Exhibit A to each subclass member listed in Exhibit A to Mailing List of Class Members, filed herein on October 21, 1983, postage pre-paid, using United States District Court, Attention E.F. Driscoll, P.O. Box 30660, San Francisco, California 94102 as the return address; and

(2) Publish Exhibit A as a legal notice once each week for three (3) weeks in each newspaper in Lake County listed in Exhibit B to Mailing List of Class Members, filed herein on October 2, 1983.

4. On November 6, 1985, at 10 a.m. or as soon thereafter as the matter may be heard the Court shall hold a hearing to determine whether or not to approve the Stipulation for Entry of Judgment and to enter judgment as provided therein.

5. On October 7, 1985, counsel for plaintiffs and the defendant Lake County shall file and serve a certificate of

1  counsel setting forth their reasons for supporting the settlement
2  and their proposed order approving the settlement.
3      6.  On October 7, 1985, plaintiffs shall file and serve
4  a return showing what they have done to comply with paragraph 3.
5      7.  On or after October 12, 1985, and prior to October
6  19, 1985, attorneys for plaintiffs and the County of Lake shall
7  in the presence of each other open and inspect all responses to
8  Exhibit "A" received by the Court and shall prepare a report of
9  those persons who have elected to be excluded from the class,
10 those whose notices were returned as undelivered, and those who
11 object to the settlement, summarizing the basis for the
12 objections.  Said report shall be filed with the Court on
13 October 28, 1985.

DATED: 7/25/85

CALIFORNIA INDIAN LEGAL SERVICES

By: /s/ David J. Rapport
DAVID J. RAPPORT
Attorneys for Plaintiffs

DATED: 7/30/85

CAMERON REEVES
Counsel for Lake County

By: /s/ Robert Bridges
ROBERT BRIDGES
Deputy County Counsel
Attorneys for Defendant,
Lake County

ORDER

Having read the foregoing stipulation and good cause appearing therefor

IT IS SO ORDERED.

DATED: AUG 30 1985

/s/ Spencer Williams
Judge of the United States
District Court

EXHIBIT A

NOTICE OF HEARING ON APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act. On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On May 29, 1984, plaintiffs and the defendant Lake County entered a written agreement to compromise and settle the remaining claims asserted against Lake County on behalf of class members from the Big Valley Rancheria.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE BIG VALLEY RANCHERIA AND YOU:

1.  Received a property interest in the Big Valley Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2.  Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

-1-

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1. The original rancheria boundaries will be restored as "Indian Country" to clarify the respective jurisdictions of the tribal, county, state and federal governments.

2. Real property taxes for the tax years 1979-80, 1980-81, 1981-82, 1982-83, and 1983-84 which were assessed on rancheria property owned by class members and which class members have paid to Lake County will be refunded.

3. Real property owned by class members will not be taxable prior to December 31, 1987, and will not be taxable thereafter if class members have restored or elected to restore the real property to federal trust status prior to that date.

4. Real property owned by class members who have not elected to restore their real property to trust status will be subject to real property taxes after December 31, 1987.

5. Soda Bay Road and Mission Rancheria Road will be confirmed as part of the Lake County road system, and Lake County will own and will be responsible for maintaining the road.

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 6, 1985 at 10:00 a.m. or as soon thereafter as the matter may be heard the Court will hold a hearing before the Honorable Spencer Williams, in Courtroom No. 1, 450 Golden Gate Avenue, San

-2-

Francisco, CA., to decide whether to approve the settlement and to enter judgment against Lake County as agreed.

YOUR RIGHTS

To protect your legal rights you may do any of the following:

1. You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW, to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102. The letter must be <u>received</u> by the Court <u>no later than</u> midnight, October 11, 1985. If you give notice under this paragraph, you will <u>not</u> receive the benefits provided by the settlement but you will <u>not</u> lose your right to seek damages against Lake County.

2. Any class member may submit written objections to the settlement or seek to intervene in the action. Objections must be addressed to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102 and contain on the outside of the envelope a reference to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW. Objections and motions to intervene must be <u>received</u> by the Court <u>no later than</u> midnight, October 11, 1985. Motions to intervene must otherwise comply with the Federal Rules of Civil Procedure and applicable Local rules.

-3-

3.  Any class member may appear personally or through legal counsel at the hearing on November 6, 1985, to support or oppose the settlement.

4.  <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

>   David J. Rapport
>   California Indian Legal Services
>   P.O. Box 488
>   Ukiah, CA.  95482
>   707-462-3825

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment.