```
 1  DAVID J. RAPPORT
    LESTER J. MARSTON
 2  California Indian Legal Services
    200 West Henry Street
 3  Post Office Box 488
    Ukiah, California 95482
 4  Telephone: (707) 462-3825

 5  Attorneys for Plaintiffs

 6  JOSEPH P. RUSSONIELLO
    United States Attorney
 7  RODNEY H. HAMBLIN
    Assistant United States Attorney
 8  PAUL E. LOCKE
    Assistant United States Attorney
 9  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
10  Telephone: (415) 556-5134

11  Attorneys for Federal Defendants
```

FILED
SEP 5  1 16 PM '85
WILLIAM WHITTAKER
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA
SB

RECEIVED
AUG 30 1985
WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TILLIE HARDWICK, et al., | ) | No. C-79-1710-SW |
| Plaintiffs, | ) | STIPULATION TO ORDER PRESCRIBING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING ON APPROVAL OF SETTLEMENT AND ORDER |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

Through their respective attorneys of record, plaintiffs and the federal defendants (as defined in paragraph 15 of plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief and Damages at pp. 4-5) hereby stipulate as follows:

1. The Alexander Valley Rancheria was inadvertantly omitted from the notice of the settlement agreement approved by

the Court on December 22, 1983.

    2. The federal defendants shall give notice to class members of the Alexander Valley Rancheria according to the procedures outlined in the Stipulation to Order Prescribing Notice of Proposed Class Action Settlement and Hearing on Approval of Settlement and Order, approved by the Court on October 21, 1983, and according to the following schedule:

    a. Notice to be given within fifteen (15) days after the Court issues its order approving this Stipulation.

    b. Certificate of counsel to be filed on October 7, 1985.

    c. Statement of compliance to be filed on October 7, 1985.

    d. Class member responses to be due on October 11, 1985.

    e. Class member responses to be opened and inspected on or after October 12, 1985 and prior to October 19, 1985.

    f. Report on responses to be filed with the Court October 28, 1985.

    g. Hearing to be held November 6, 1985 at 10 a.m.

    3. A copy of the notice that federal defendants shall give is attached hereto as Exhibit A.

DATED: 7/18/85

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
DAVID J. RAPPORT
Attorney for Plaintiffs

```
DATED:                          JOSEPH P. RUSSONIELLO
                                United States Attorney

                                By: /s/ Paul E. Locke
                                    PAUL E. LOCKE
                                    Assistant United States Attorney
                                    Attorneys for Federal Defendants
```

ORDER

Having read the foregoing stipulation and good cause appearing therefor

IT IS SO ORDERED.

DATED: SEP 5 - 1985           /s/ Spencer Williams
                              Judge of the United States
                              District Court

EXHIBIT A

NOTICE OF HEARING ON APPROVAL OF
PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act and to recover damages resulting from what plaintiffs allege were violations of the Rancheria Act and the federal government's obligations as trustee for the Indians of these Rancherias.

On July 21, 1983, plaintiffs and the federal defendants in the lawsuit entered a written agreement to compromise and settle the claims asserted against the United States.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE ALEXANDER VALLEY RANCHERIA AND YOU:

1. Received a property interest in the Alexander Valley Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2. Have acquired title to any such rancheria property by inheritance, gift, purchase or other means after deeds to rancheria property were distributed under the Rancheria Act.

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

Class members from the Alexander Valley Rancheria shall have their claims dismissed without prejudice to their right to refile a new action on their individual behalf.

-1-

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on November 6, 1985 at 10:00 a.m. or as soon thereafter as the matter may be heard the Court will hold a hearing in Courtroom No. 1 before the Honorable Spencer Williams, 450 Golden Gate Avenue, San Francisco, CA., to decide whether to approve the settlement and dismiss the action against the United States as agreed.

## YOUR RIGHTS

1. You may submit written objections to the settlement or seek to intervene in the action. Objections must be addressed to the Attention of E.F. Driscoll, United States District Court, Post Office Box 36060, San Francisco, CA. 94102 and must contain on the outside of the envelope a reference to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW. Objections and motions to intervene must be <u>received</u> by the Court <u>no later than</u> midnight, October 11, 1985. Motions to intervene must otherwise comply with Federal Rules of Civil Procedure and applicable local rules.

2. Any class member may appear personally or through legal counsel at the hearing on November 6, 1985, to support or oppose the settlement.

3. <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

> David J. Rapport
> California Indian Legal Services
> P.O. Box 448
> Ukiah, CA  95482
> 707-462-3825

-2-

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will have their claims dismissed as provided in the settlement, if the Court approves the settlement.