DAVID J. RAPPORT
LESTER J. MARSTON
California Indian Legal Services
200 West Henry Street
Post Office Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs

SCANNED

FILED
DEC 12 9 37 AM '85
WILLIAM L. WHITTAKER
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

RECEIVED
DEC 5 1985
WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

165

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710-SW |
| Plaintiffs, | STIPULATION TO ORDER PRESCRIBING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING ON APPROVAL OF SETTLEMENT AND ORDER (HUMBOLDT COUNTY) |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants | |

Through their respective attorneys of record, plaintiffs and defendant County of Humboldt hereby stipulate as follows:

1. On December 2, 1985, plaintiffs and defendants Humboldt County, the Tax Collector for Humboldt County, the Assessor for Humboldt County, and the Board of Supervisors of Humboldt County, entered a Stipulation for Entry of Judgment which certified a subclass consisting of class members from the Rohnerville and Blue Lake Rancherias in Humboldt County.

2. Under Federal Rule of Civil Procedure 23(e), before this action can be compromised as proposed in the above-referenced Stipulation for Entry of Judgment notice of the proposed settlement must be given to all members of the subclass

-1-

in such manner as the Court directs and the Court must determine after hearing whether the proposed settlement shall be approved as fair, just and equitable to the class.

      3. Plaintiffs shall give notice to the subclass entirely at their expense as provided in this paragraph. A copy of the notice that plaintiffs shall give is attached hereto as Exhibit A and is incorporated herein by reference as though set forth in full. Within fifteen (15) days after the Court issues its Order approving this Stipulation the plaintiffs shall:

      (1) Mail a copy of Exhibit A to each subclass member listed in the attached Exhibit B, postage pre-paid, using California Indian Legal Services, Attention: David Rapport, P.O. Box 488, Ukiah, California 95482 as the return address; and

      (2) Publish Exhibit A as a legal notice once in the Times-Standard, P.O. Box 3580, Eureka, California 95501.

      4. On or about January 17, 1986 plaintiffs shall file a return showing what they have done to comply with paragraph 3.

      5. On or about February 17, 1986 plaintiffs shall prepare a report of those persons who have elected to be excluded from the class, those whose notices were returned as undelivered, those who object to the settlement, summarizing the substance of the objections, and those who have requested a hearing on the settlement. If one or more timely hearing requests have been received, plaintiffs shall obtain a hearing date from the Court and send 15 days advance written notice of the time, date and location of the hearing to the requesting parties. Prior to the hearing plaintiffs shall file with the Court a copy of the notice

```
 1  together with a proof of service.  If no timely hearing requests
 2  are received, plaintiffs shall submit a proposed judgment for the
 3  Court's approval.
 4  DATED: 11/26/85          CALIFORNIA INDIAN LEGAL SERVICES
 5
 6                           By: /s/ David Rapport
                                 DAVID J. RAPPORT
                                 Attorneys for Plaintiffs
 7
    DATED: 12/2/85           ROBERT CURIEL
 8                           County Counsel for Humboldt County
 9                           By: /s/ Richard Kula
10                               RICHARD KULA
                                 Deputy County Counsel
11                               Attorneys for Defendants
12
13                           O R D E R
14       Having read the foregoing stipulation and good cause
15  appearing therefore,
16       IT IS SO ORDERED.
17  DATED: DEC 12 1985
18                           /s/ Spencer Williams
                             Judge of the District Court
```

-3-

EXHIBIT A

NOTICE OF RIGHT TO HEARING ON APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act. On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On December 2, 1985, plaintiffs and the defendant Humboldt County entered a written agreement to compromise and settle the remaining claims asserted against Humboldt County on behalf of class members from the Rohnerville and Blue Lake Rancherias.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE ROHNERVILLE or BLUE LAKE RANCHERIAS AND YOU:

1. Received a property interest in your Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2. Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

-1-

1. The original rancheria boundaries will be restored as "Indian Country" to clarify the respective jurisdictions of the tribal, county, state and federal governments.

2. Property taxes for the last 4 years assessed on rancheria property owned by class members and which class members have paid to Humboldt County will be refunded.

3. Property owned by class members will not be taxable prior to December 31, 1988, and will not be taxable thereafter if class members have restored or elected to restore the property to federal trust status prior to that date.

4. Property owned by class members who have not elected to restore their property to trust status will be subject to property taxes after December 31, 1988.

5. Rancheria Road on the Blue Lake Rancheria will be conveyed by Humboldt County to the federal government to be held in trust for the benefit of the Indians from the Blue Lake Rancheria.

## NOTICE OF RIGHT TO HEARING

PLEASE TAKE NOTICE that you can request a hearing on approval of this settlement at which the Court will review the matter to decide whether to approve the settlement and to enter judgment against Humboldt County as agreed.

## YOUR RIGHTS

To protect your legal rights you may do any of the following:

-2-

1. You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick v. U.S.</u>, C-79-1710 SW, to the Attention of David Rapport, California Indian Legal Services (CILS) Post Office Box 488, Ukiah, CA. 95482. The letter must be <u>received</u> by CILS <u>no later than</u> midnight, <u>January 10, 1986</u>. If you give notice under this paragraph, you will <u>not</u> receive the benefits provided by the settlement but you will <u>not</u> lose your right to seek further damages against Humboldt County.

2. Any class member may submit written objections to the settlement. Objections must be addressed to the Attention of David Rapport, CILS, Post Office Box 488, Ukiah, CA. 95482 and contain on the outside of the envelope a reference to <u>Hardwick v. U.S.</u>, C-79-1710 SW. Objections must be <u>received</u> by CILS <u>no later than</u> midnight, <u>January 10, 1986</u>.

3. You may seek to intervene in the action. Motions to intervene must be filed in accordance and otherwise comply with the Federal Rules of Civil Procedure and applicable Local rules of the Federal District Court for the Northern District of California.

4. Any class member may request a hearing before the Honorable Spencer Williams, Judge of the Federal District Court and may appear personally or through legal counsel at the hearing to oppose or otherwise question the

-3-

settlement. Requests for a hearing must be addressed to the attention of David Rapport, CILS, P.O. Box 488, Ukiah, California 95482 and be post marked by no later than <u>January 10, 1986</u>. If you request a hearing, you will be notified by first class mail of the time and place of the hearing at least fifteen (15) days prior to the hearing date. If no hearing is requested, the Court will approve the settlement without conducting a hearing in open court.

    5. <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

>David J. Rapport
>California Indian Legal Services
>P.O. Box 488
>Ukiah, CA. 95482
>707-462-3825

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

    CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment and <u>will</u> receive the tax refunds and other benefits provided by the judgment.

## ROHNERVILLE RANCHERIA

| | Distributees | Date of Birth | Last Known Address |
|---|---|---|---|
| 1. | Harriett Oscar | 01-30-28 | P.O. Box 17, Fortuna, CA 95540 |
| 2. | Thomas Thomas | 02-27-21 | 4104 Loop Road, Fortuna, CA 95540 |
| 3. | Eleanore Thompson | 01-08-26 | P.O. Box 285, Hydesville, CA 95547 |
| 4. | Jessie (Brenard) Brainard | 09-14-93 | Deceased 6-14-70 |
| 5. | Delmar Keisner, Sr. | 06-25-25 | P.O. Box 18, Fortuna, CA 95540 |
| 6. | Curtis Hecker | 03-17-00 | 6433 Eggert Road, Eureka, CA 95501 |
| 7. | Theordore Prince | 06-26-83 | Deceased |
| 8. | James Moon | 08-10-93 | Deceased 9-9-64 |
| 9. | Lionel Carroll, Sr. | 11-06-25 | P.O. Box 483, Fortuna, CA 95540 |
| 10. | James R. Thomas | 02-11-26 | 4104 Loop Road, Fortuna, CA 95540 |
| 11. | Cyrus Thomas | 12-24-88 | Deceased 10-29-60 |
| | Other Indian Landowner | | |
| 12. | Mary Carroll* | 05-18-30 | P.O. Box 483, Fortuna, CA 95540 |

*Former Dependent Member.

EXH. B PG 1 OF 3 PGS

SEP 1983

BLUE LAKE RANCHERIA

| | Distributee | Date of Birth | Last Known Address |
|---|---|---|---|
| 1. | Wesley Brown | 02-07-03 | P.O. Box 294, Oakville, WA 98568 |
| 2. | Charles Winton | 10-23-23 | Address Unknown |
| 3. | Roy Ames | 07-25-88 | Deceased |
| 4. | Charles Lee Ortinier | 10-31-27 | Box 547, Blue Lake, CA 95525 |
| 5. | Oscar Brundin | 09-26-16 | Deceased - Estate c/o P.O. Box 114, Blue Lake, CA 95525 |

Other Indian Landowner

| | | Date of Birth | Last Known Address |
|---|---|---|---|
| 6. | John Galyean | 07-31-34 | P.O. Box 668, Blue Lake, CA 95525 |
| 7. | Carl McKinnon | 10-10-21 | P.O. Box 483, Blue Lake, CA 95525 |
| 8. | Dorothy McKinnon | 09-01-24 | P.O. Box 483, Blue Lake, CA 95525 |
| 9. | Dennis L. McKinnon | 07-10-50 | P.O. Box 762, Blue Lake, CA 95525 |
| 10. | Jacqueline M. Ortinier Earhart | 04-13-22 | General Delivery, Blue Lake, CA 95525 |
| 11. | Howard Brundin* | 05-16-43 | P.O. Box 114, Blue Lake, CA 95525 |
| 12. | Oscar Brundin, Jr.* | 02-13-39 | P.O. Box 451, Blue Lake, CA 95525 |

Other Interested Persons

| 13. | Margaret Brundin | 00-00-00 | P.O. Box 114, Blue Lake, CA 95525 |
|---|---|---|---|
| 14. | Audrey Brundin | 10-26-65 | P.O. Box 451, Blue Lake, CA 95525 |
| 15. | Claudia Brundin* | 10-10-45 | P.O. Box 645, Blue Lake, CA 95525 |

*Former Dependent Member.

EXH. B PG 2 OF 3 PGS

SEP 1983

BLUE LAKE RANCHERIA

| Other Interested Persons | Date Of Birth | Last Known Address |
|---|---|---|
| 16. Marc McKinnon | 00-00-00 | P.O. Box 762, Blue Lake, CA 95525 |
| 17. Kristine McKinnon | 00-00-00 | P.O. Box 762, Blue Lake, CA 95525 |
| 18. Scott McKinnon | 00-00-00 | P.O. Box 762, Blue Lake, CA 95525 |
| 19. Mike Galyean | 02-05-45 | P.O. Box 668, Blue Lake, CA 95525 |
| 20. Alice Ramsey | 00-00-00 | P.O. Box 232, Blue Lake, CA 95525 |
| 21. Arla Ramos | 00-00-00 | P.O. Box 811, Blue Lake, CA 95525 |
| 22. Eric Ramos | 00-00-00 | P.O. Box 811, Blue Lake, CA 95525 |
| 23. Jason Ramos | 00-00-00 | P.O. Box 811, Blue Lake, CA 95525 |
| 24. Arthur Ramsey | 00-00-00 | P.O. Box 235, Blue Lake, CA 95525 |
| 25. Zachery Ramsey | 00-00-00 | P.O. Box 235, Blue Lake, CA 95525 |
| 26. Jim Earhart | 00-00-00 | General Delivery, Blue Lake, CA 95525 |
| 27. Gail Ortinier Stewart | 04-19-31 | General Delivery, Blue Lake, CA 95525 |
| 28. Sylvia Ortinier Evernden Daniels* | 01-20-53 | P.O. Box 625, Blue Lake, CA 95525 |
| 29. Diane Holiday | 00-00-00 | P.O. Box 645, Blue Lake, CA 95525 |

*Former Dependent Member.

EXH. B PG 3 OF 3 PGS

SEP 1983