```
 1  DAVID J. RAPPORT
    LESTER J. MARSTON
 2  California Indian Legal Services
    200 West Henry Street
 3  Post Office Box 488
    Ukiah, California 95482
 4  Telephone: (70) 462-3825

 5  Attorneys for Plaintiffs

 6  JOSEPH P. RUSSONIELLO
    United States Attorney
 7  RODNEY H. HAMBLIN
    Assistant United States Attorney
 8  PAUL E. LOCKE
    Assistant United States Attorney
 9  450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
10  Telephone: (415) 556-5134

11  Attorneys for Federal Defendants
```

FILED
JAN 23  12 55 PM '86
WILLIAM L. WHITTAKER
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA.

SCANNED

171

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710-SW |
| Plaintiffs, | STIPULATION TO EXTEND TIME TO RETURN PROPERTY TO TRUST STATUS AND ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiffs and the federal defendants by and through their respective attorneys' of record hereby stipulate as follows:

Under paragraph 7 of the Stipulation for Entry of Judgment, filed with the Court on August 2, 1983 and entered as the judgment of this Court on December 22, 1983, community-owned

lands within the boundaries of the affected rancherias may be conveyed to the United States to be held in trust by the United States for the Tribes, Bands, Communities or groups of said rancherias within a two year period commencing on the date the United States gave notice as provided in paragraph 9 of the stipulation. On or about May 2, 1984, the United States gave notice as provided in paragraph 9. Therefore, the deadline for returning property to trust expires on or about May 2, 1986. The parties stipulate to extend that deadline to and including May 2, 1987.

Dated: 11/7/85

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
LESTER J. MARSTON
Attorneys for Plaintiffs

Dated: 1/7/86

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By: _____
PAUL E. LOCKE
Assistant United States Attorney
Attorneys for Federal Defendants

IT IS SO ORDERED.

Dated:

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT