```
DAVID J. RAPPORT
LESTER J. MARSTON
CALIFORNIA INDIAN LEGAL SERVICES
200 West Henry Street
Post Office Box 488
Ukiah, California 95482
Telephone: (707) 462-3825
```

Attorneys for Plaintiffs

FILED
MAR 5 10 57 AM '86
WILLIAM L. WHITTAKER
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

SCANNED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

177

| | |
|---|---|
| TILLIE HARDWICK, et al., | NO. C-79-1710 SW |
| Plaintiffs, | STIPULATION TO RESTORATION OF INDIAN COUNTRY |
| v. | (HUMBOLT, MENDOCINO, LAKE, PLUMAS, AND TUOLUMNE |
| UNITED STATES OF AMERICA, et al., | COUNTIES) AND ORDER |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiffs and the federal defendants through their respective attorneys' of record as follows:

1. Pursuant to paragraph 5 of the Stipulation for Entry of Judgment, filed August 2, 1983, and made the judgment of this Court on December 22, 1983, the Court retained jurisdiction to determine the extent to which the boundaries of the rancherias listed and described in paragraph 1 of that stipulation shall be restored.

2. Subsequently, Humbolt, Mendocino, Lake, Plumas, and Tuolumne Counties have stipulated and this Court has decreed as to said counties that the original boundaries of the Rhonerville,

1  Blue Creek, Redwood Valley, Pinoleville, Big Valley, Greenville
2  and Chicken Ranch Rancherias as they existed immediately prior to
3  their purported termination under the Rancheria Act (Act of
4  August 18, 1958, Pub. L. 85-671, 72 Stat. 69, as amended by the
5  Act of August 11, 1964, 78 Stat.390) are restored as "Indian
6  Country" within the meaning of 18 U.S.C. §1151.
7    3.  This Court shall make the same declaration as to
8  the federal defendants.
9    4.  The declaration stipulated to herein shall finally
10 resolve all claims between plaintiffs from the above-referenced
11 rancherias and the federal defendants.
12 DATED: 2/27/86

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
David J. Rapport
Attorneys for Plaintiffs

DATED: 3/4/86

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By: _____
Paul Locke
Assistant United States
Attorney
Attorneys for Federal
Defendants

ORDER

IT IS SO ORDERED.

DATED: MAR 5 - 1986

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT