```
DAVID J. RAPPORT
LESTER J. MARSTON
CALIFORNIA INDIAN LEGAL SERVICES
200 West Henry Street
P.O. Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs
```

FILED
APR 15   1 34 PM '86
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SCANNED

RECEIVED
APR 11 1986
CLERK, U.S. DISTRICT COURT
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710-SW |
| Plaintiffs, | STIPULATION TO CONTINUE ATTORNEYS' FEES HEARING AND ORDER |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

187

It is hereby stipulated by and between the parties through their respective attorneys of record as follows:

1. Plaintiffs have noticed their motion for attorneys' fees orginally for March 5, 1986 in the above-entitled court. At defendants' request they continued the hearing to April 2, 1986, to allow the defendants to consider a compromise settlement of plaintiffs' application for attorneys' fees. Defendants need more time to obtain review and approval of the proposed compromise in Washington, D.C. For that reason they request a continuance of this matter to the next available court date.

2. The next available court date following April 2, 1986, at which this matter can be heard is May 8, 1986 at 10:00

a.m. The parties agree to continue the hearing to that date.

DATED: 4/3/86

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
DAVID J. RAPPORT
Attorney for Plaintiffs

DATED: 4/10/86

JOSEPH P. RUSSONIELLO
United States Attorney

By: _____
PAUL E. LOCKE
Assistant United States Attorney
Attorneys for Federal Defendants

ORDER

Having read the foregoing stipulation and good cause appearing therefor it is Ordered that the plaintiffs motion for attorneys' fees be in the same is hereby continued to May 8, 1986 at 10:00 a.m.

DATED: 11 APR 1986

_____
Judge of the United States
District Court