```
 1  DAVID J. RAPPORT
    CALIFORNIA INDIAN LEGAL SERVICES
 2  200 West Henry Street
    Post Office Box 488
 3  Ukiah, California 95482
    Telephone: (707) 462-3825
 4
    Attorney for Plaintiffs
 5
    JOSEPH P. RUSSONIELLO
 6  United States Attorney
    RODNEY H. HAMBLIN
 7  Assistant United States Attorney
    Chief, Land and Natural Resources Division
 8  PAUL E. LOCKE
    Assistant United States Attorney
 9  450 Golden Gate Avenue - P.O. Box 36055
    San Francisco, California 94102
10  Telephone: (415) 556-5134

11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  TILLIE HARDWICK, et al.,     )
                                 )   CIVIL NO. C-79-1710 SW
15           Plaintiffs,         )
                                 )   STIPULATION TO AWARD
16      v.                       )   ATTORNEYS' FEES, AND
                                 )   EXPENSES AND ORDER
17  UNITED STATES OF AMERICA, et al., )
                                 )
18           Defendants.         )
    _____)
19
```

Plaintiffs and the federal defendants by and through their respective attorneys' of record hereby stipulate that on or before May 31, 1986, the federal defendants shall pay California Indian Legal Services (CILS) SEVENTY-FOUR THOUSAND and NO/100 DOLLARS ($74,000.00) in satisfaction and settlement of plaintiffs' application for attorneys' fees and expenses filed January 17 1986, and that said application is hereby withdrawn.

Dated: 4/29/86                    CALIFORNIA INDIAN LEGAL SERVICES

                                  By: _____
                                      DAVID J. RAPPORT
                                      Attorneys for Plaintiffs

Dated: 5/3/86

JOSEPH P. RUSSONIELLO
United States Attorney

By: *Paul E. Locke*
PAUL E. LOCKE
Assistant United States Attorney

Attorneys for Defendants

IT IS SO ORDERED

_____
JUDGE, United States District Court