John F. Hahn, County Counsel
Mary Ann McNett, Deputy County Counsel
108 Court St.,
Jackson, CA 95642
Telephone: (209) 223-6366

Attorneys for Defendant County of Amador

RECEIVED
OCT 7 1986
WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
Per
OCT 15 1986
OCT 15 1986

WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| TILLIE HARDWICK, et al., | ) | NO. C-79-1710 SW |
| Plaintiffs, | ) | |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | STIPULATION AND ORDER |
| et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

WHEREAS, defendant County of Amador desires to answer Plaintiff's First Set of Interrogatories to Amador County Defendants as fully and completely as possible; and

WHEREAS, preparation of said Answers requires search of the Amador County archives which archives are distributed throughout the small, rural County.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Plaintiffs and Defendant County of Amador that the latter party is granted an extension of time until October

31, 1986 to answer or otherwise respond to plaintiffs' First

Set of Interrogatories to Amador County Defendants.


Dated: *10/1/86*                    CALIFORNIA INDIAN LEGAL SERVICES


                                    By _David J. Rapport_

                                       David J. Rapport
                                       Attorney for Plaintiffs

Dated: *Sept. 26, 1986*        By _Mary Ann McNett_

                                       Mary Ann McNett
                                       Attorney for Defendant County
                                       of Amador

        It is so ordered:

Dated:                              _James Williams_
                                    United States District Judge