DAVID R. FRANK
County Counsel
County of Shasta
1558 West Street
Redding, California 96001
Telephone: (916) 225-5711

Attorneys for Defendants
SHASTA COUNTY BOARD OF SUPERVISORS,
SHASTA COUNTY TAX COLLECTOR
JACQUE C. WILLIAMS and SHASTA COUNTY
ASSESSOR, VIRGINIA LOFTUS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TILLIE HARDWICK, et al, ) No. C-79-1710 SW
)
Plaintiffs, ) STIPULATION RE EXTENSION OF
) TIME TO ANSWER PLAINTIFFS'
vs. ) INTERROGATORIES (FIRST SET -
) SHASTA COUNTY DEFENDANTS)
UNITED STATES OF AMERICA, et al,) (L.R. 220-10)
)
Defendants. )
_____ )

Plaintiff and defendants, Shasta County Board of Supervisors, Shasta County Tax Collector and Shasta County Assessor stipulate, by and through their own assigned attorneys, that these defendants shall have until October 13, 1986 to serve answers to plaintiffs First Set of Interrogatories to these defendants.

Dated: October 3, 1986

_____
DAVID R. FRANK, County Counsel
Attorney for Shasta County
Board of Supervisors, Shasta
County Tax Collector and Shasta
County Assessor

Dated: October 8, 1986

_____
DAVID J. RAPPORT
Attorney for Plaintiffs

IT IS SO ORDERED:

_____ 11/10/86
UNITED STATES MAGISTRATE
FREDERICK J. WOELFLEN

Nunc Pro Tunc to Oct 8. 1986

Interrogatory No. 6: If you answered Interrogatory No. 5 in the affirmative, please state as to each such parcel:

Answer: Pursuant to California Revenue and Taxation Code Section 4377, the County destroyed the delinquent tax rolls which are more than 12 years' old and the corresponding original secured rolls on which the delinquent rolls are based. Thus, the County is unable to provide any information concerning taxes imposed on plaintiffs or their property prior to tax year 1973-74.

    a.   12-100-005-00

    b.   1973-74, Louie and Annie Oliver; 1974-75, Enos Oliver; 1975-76, Estate of Louis Oliver and Enos Oliver; 1976-86, Lucille Lucerto and Enos Oliver

    c.
| Year    | Amount   |
|---------|----------|
| 1973-74 | $212.86  |
| 1974-75 | 224.98   |
| 1975-76 | 247.26   |
| 1976-77 | 243.66   |
| 1977-78 | 717.16   |
| 1978-79 | 322.38   |
| 1979-80 | 328.00   |
| 1980-81 | 335.22   |
| 1981-82 | 338.06   |
| 1982-83 | 346.28   |
| 1983-84 | 350.14   |
| 1984-85 | 355.14   |
| 1985-86 | 363.70   |

    d.
| Year    | Amount   |
|---------|----------|
| 1973-74 | $212.86  |
| 1974-75 | 224.98   |
| 1975-76 | 247.26   |
| 1976-77 | 243.66   |
| 1977-78 | 717.16   |
| 1978-79 | 322.38   |
| 1979-80 | 328.00   |
| 1980-81 | 335.22   |
| 1981-82 | 338.06   |
| 1982-83 | 346.28   |
| 1983-84 | 350.14   |
| 1984-85 | 355.14   |
| 1985-86 | 363.70   |

    e.   None

    f.   None

g.  None

h.  Non-applicable

i.  Amador County tax assessment rolls, a County record. Those rolls for tax years 1975-76 and 1980-81 through the present are located in the Treasurer/Tax Collector's office and were prepared by the Amador County auditor, John Kirkpatrick, and by the Amador County assessors Ray Olivarria (1979 to present) and Frank Yeager (1973 to 1979).

Those rolls for tax years 1973-75 are located at the Corporation Yard and were prepared by Amador County auditor John Kirkpatrick and Amador County assessors Frank Yeager (1973-79) and Ray Olivarria (1979 to the present).

Please refer to 4(g) above for information concerning contents of tax assessment rolls and their custodian.

Interrogatory No. 7. At any time since October 8, 1959, have any assessments been imposed on Indian owned parcels?

Answer:  No.

I, Betty Van De Pol, am the chief deputy treasurer/tax collector for the County of Amador. I am the agent of the County of Amador for the purpose of responding to Interrogatories Nos. 4(a), (b), (d), and 6(f) and the responses thereto are true according to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Jackson, California, this \_\_28th\_\_ day of October, 1986

_____
Betty Van De Pol

I, Raymond Olivarria, am the assessor for the County of Amador. I am the agent of the County of Amador for the purpose of responding to Interrogatories Nos. 1, 3, 4(c), (e), (f), (g), and 5 and the responses thereto are true according to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Jackson, California, this \_\_28\_\_ day of October, 1986

_____
Raymond Olivarria

5

AFFIDAVIT OF SERVICE BY MAIL

I declare that I am a citizen of the United States, over eighteen years of age, a resident of Amador County, and not a party to the within action; that my business address is 108 Court Street, City of Jackson, State of California 95642.

That I served a true copy of the attached AMADOR COUNTY DEFENDANTS' ANSWER TO PLAINTIFFS' INTERROGATORIES (No. C-79-1710 SW) by placing said copy in an envelope addressed to:

David J. Rapport, Esq.
California Indian Legal Services
Post Office Box 488
Ukiah, CA 95482

Said envelope was then sealed and postage fully paid thereon and was on October 28, 1986, deposited in the United States mail at Jackson, California.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Jackson, California, on October 28, 1986.

*Audrey P. Parker*
Audrey P. Parker