DAVID J. RAPPORT
CALIFORNIA INDIAN LEGAL SERVICES
P.O. Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al. | NO. C-79-1710 SW |
| Plaintiffs, | STIPULATION TO ORDER PRESCRIBING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING ON APPROVAL OF SETTLEMENT AND ORDER (DEL NORTE COUNTY) |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Through their respective attorneys of record, plaintiffs and defendant County of Del Norte hereby stipulate as follows:

1. On January 13, 1987, plaintiffs and defendants Del Norte County, the Tax Collector for Del Norte County, the Assessor for Del Norte County, and the Board of Supervisors of Del Norte County, entered a Stipulation for Entry of Judgment which would certify a subclass consisting of class members from the Smith River and Elk Valley Rancherias in Del Norte County.

2. Under Federal Rule of Civil Procedure 23(e), before this action can be compromised as proposed in the above-referenced Stipulation for Entry of Judgment notice of the

STIP TO ORDER PRESCRIBING                -1-
NOTICE OF PROPOSED CLASS ACTION
°hardwick°pldgs°stip4

proposed settlement must be given to all members of the subclass in such manner as the Court directs and the Court must determine after hearing whether the proposed settlement shall be approved as fair, just and equitable to the class.

3. Plaintiffs shall give notice to the subclass entirely at their expense as provided in this paragraph. A copy of the notice that plaintiffs shall give is attached hereto as Exhibit A and is incoporated herein by reference as though set forth in full. Within fifteen (15) days after the Court issues its Order approving this Stipulation the plaintiffs shall:

(1) Mail a copy of Exhibit A to each subclass member listed in the attached Exhibit B, postage pre-paid, using California Indian Legal Services, Attention: David Rapport, P.O. Box 488, Ukiah, California 95482 as the return address; and

(2) Publish Exhibit A as a legal notice once in the Del Norte Triplicate, P.O. Box 277, Crescent City, California 95501.

4. Fifteen days following mailing and publication of the notice required by paragraph 3 plaintiffs shall file a return showing what they have done to comply with paragraph 3.

5. On or about forty-five days following mailing and publication of the notice required by paragraph 3 plaintiffs shall prepare a report of those persons who have elected to be excluded from the class, those whose notices were returned as undelivered, those who object to the settlement, summarizing the substance of the objections, and those who have requested a hearing on the settlement. If one or more timely hearing requests have been received, plaintiffs shall obtain a hearing date

STIP TO ORDER PRESCRIBING           -2-
NOTICE OF PROPOSED CLASS ACTION
®hardwick®pldgs®stip4

from the Court and send 15 days advance written notice of the time, date and location of the hearing to the persons and in the manner as specified in paragraph 3. Prior to the hearing plaintiffs shall file with the Court a copy of the notice together with a proof of service. If no timely hearing requests are received, plaintiffs shall submit a proposed judgment for the Court's approval.

DATED: 1/26/87

CALIFORNIA INDIAN LEGAL SERVICES

By: /s/ David Rapport
DAVID J. RAPPORT
Attorneys for Plaintiffs

DATED: 2-2-87

JOHN W. ANDERSON
County Counsel for Del Norte County

By: /s/ John W Anderson
JOHN W. ANDERSON
County Counsel
Attorneys for Defendants

O R D E R

Having read the foregoing stipulation and good cause appearing therefore,

IT IS SO ORDERED.

DATED: 3/5/87

/s/ Spencer Williams
Judge of the District Court

STIP TO ORDER PRESCRIBING           -3-
NOTICE OF PROPOSED CLASS ACTION
°hardwick°pldgs°stip4

EXHIBIT A

NOTICE OF RIGHT TO HEARING ON APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710 SW, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act. On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On January 13, 1987, plaintiffs and the defendant Del Norte County entered a written agreement to compromise and settle the remaining claims asserted against Del Norte County on behalf of class members from the Smith River and Elk Valley Rancherias.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE SMITH RIVER OR ELK VALLEY RANCHERIAS AND YOU:

1. Received a property interest in your Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2. Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1. The original rancheria boundaries will be restored as "Indian Country" to clarify the respective jurisdictions

-1-

of the tribal, county, state and federal governments.

2. Liens to secure unpaid county property taxes will be cancelled.

3. Property taxes for the 1979 and any subsequent tax year on rancheria property owned by class members and which class members have paid to Del Norte County will be refunded to class members who return their property to federal trust status no later than December 31, 1988. The county is not required to refund taxes until after July 1, 1987.

4. Property located on the rancherias that is owned by class members will not be taxable or subject to assessment. However, parcels connected to the community sewer system on the Elk Valley Rancheria will be subject to assessments imposed to repay construction bonds issued to build the sewer system. In addition, any Indian property owner of a parcel connected to the sewer system shall be liable for any sewer system maintenance fee assessed generally against property located in Sewer Assessment District No. 1.

5. Humboldt County must offer Prince Island Court and Lopez Court to the federal government to be held in trust for the benefit of the Indians from the Smith River Rancheria and included in the BIA road system. All other county maintained roads crossing the Smith River and Elk Valley Rancherias shall continue to be owned and maintained by Del Norte County.

## NOTICE OF RIGHT TO HEARING

PLEASE TAKE NOTICE that you can request a hearing on approval of this settlement at which the Court will review

the matter to decide whether to approve the settlement and to enter judgment against Del Norte County as agreed.

Any class member may request a hearing before the Honorable Spencer Williams, Judge of the Federal District Court and may appear personally or through legal counsel at the hearing to oppose or otherwise question the settlement. Requests for a hearing must be addressed to the attention of David Rapport, CILS, P.O. Box 488, Ukiah, California 95482 and be post marked by no later than _____ [30 days after notice is mailed and published]. If a hearing is requested, notice of the time and place of the hearing will be given by newspaper publication and/or first class mail at least fifteen (15) days prior to the hearing date. If no hearing is requested, the Court will approve the settlement without conducting a hearing in open court.

## YOUR RIGHTS

To protect your legal rights you may do any of the following:

1. You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick v. U.S.</u>, C-79-1710 SW, to the Attention of David Rapport, California Indian Legal Services (CILS) Post Office Box 488, Ukiah, CA 95482. The letter must be <u>received</u> by CILS <u>no later than</u> midnight, _____ [30 days after notice is mailed and published]. If you give notice under this paragraph, you

-3-

will not receive the benefits provided by the settlement.

2. Any class member may submit written objections to the settlement. Objections must be addressed to the Attention of David Rapport, CILS, Post Office Box 488, Ukiah, CA 95482 and contain on the outside of the envelope a reference to Hardwick v. U.S., C-79-1710 SW. Objections must be received by CILS no later than midnight, _____ [30 days after notice is mailed and published].

3. You may seek to intervene in the action. Motions to intervene must be filed in accordance and otherwise comply with the Federal Rules of Civil Procedure and applicable Local Rules of the Federal District Court for the Northern District of California.

4. You may request a hearing as described previously.

5. If you have questions about the settlement, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

>David J. Rapport
>California Indian Legal Services
>P.O. Box 488
>Ukiah, CA 95482
>707-462-3825

DO NOT CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBER WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment and will receive the tax refunds and other benefits provided by the judgment.

ELK VALLEY RANCHERIA

| | Distributee | Date of Birth | Last Known Address |
|---|---|---|---|
| 1. | Roy Seymour | 10-04-01 | P.O. Box 55, Taholah, WA 98587 |
| 2. | Nadine Mattz Franklin Van Mechelen | 09-29-33 | 440 Mathew St., Crescent City, CA 95531 |
| 3. | Janet Butrick | 07-29-28 | P.O. Box 182, Orleans, CA 95556 |
| 4. | Emory Mattz, Jr. | 12-22-25 | Deceased 1-14-62 |
| 5. | Agnes Mattz | 08-13-89 | Deceased 3-21-62 |
| 6. | Sam Lopez | 09-25-86 | Deceased 10-24-77 |
| 7. | Mandy Lopez | 08-16-86 | Deceased 3-5-69 |
| 8. | Frank Gorbet | 01-29-98 | Deceased 1964 |
| 9. | Ethel Gorbet | 10-15-93 | Deceased 1962 |
| 10. | Ronald Leland Norris | 07-27-33 | 1212 S.E. Oriole, Grants Pass, OR 97526 |
| 11. | Nellie Jackson | 08-21-62 | Deceased 4-20-67 |
| 12. | Sandra Frye Musselwhite | 04-06-50 | P.O. Box 21, Klamath, CA 95548 |
| 13. | Bonnie Lou Scott McClaflin | 12-02-44 | 2427 Norris Avenue, Crescent City, CA 95531 |
| 14. | Winifred Scott Olson Taylor | 02-01-38 | 199 Gregory C-2, Norwalk, CT 06855 |
| 15. | William Norris, Jr. | 12-29-92 | Deceased |
| 16. | Ella Norris | 10-19-92 | Deceased |
| 17. | Peter Norris | 03-09-27 | P.O. Box 1226,. Crescent City, CA 95531 |
| 18. | Arnold Lopez | 12-11-31 | 2350 Howland Hill Road, Crescent City, CA 95531 |
| 19. | Kenneth Green, Sr. | 01-01-18 | 2347 Howland Hill Road, Crescent City, CA 95531 |

EXH. B PG 1 OF 7 PGS

ELK VALLEY RANCHERIA

| | Distributee | Date of Birth | Last Known Address |
|---|---|---|---|
| 20. | Maggie Billy | 08-17-80 | Deceased |
| 21. | Elsie Napolean | 12-23-25 | 951 Elk Valley Road, Crescent City, CA 95531 |
| 22. | Ted (Theodore) Franklin Green | 11-02-12 | 35 Wynete Street, Crescent City, CA 95531 |
| 23. | Lois Green | 09-18-05 | Deceased 2-3-72 |
| 24. | Earl Green | 10-12-16 | Deceased 4-2-72 |
| 25. | John Green, Jr. | 09-18-10 | 53 Wyentae, Crescent City, CA 95531 |
| 26. | Betty Hostler Green | 12-05-31 | 53 Wyentae, Crescent City, CA 95531 |
| 27. | Stanford Norris | 02-17-17 | Deceased |
| 28. | Eldred Norris, Sr. | 05-25-25 | 85 Wyentae, Crescent City, CA 95531 |
| 29. | William Green | 09-12-15 | 2508 Norris Avenue, Crescent City, CA 95531 |

| | Other Indian Landowners | Date of Birth | Last Known Address |
|---|---|---|---|
| 30. | Cornelius Natt | 01-12-03 | 951 Elk Valley Road, Crescent City, CA 95531 |
| 31. | Irene Seymour Natt | 06-16-06 | 951 Elk Valley Road, Crescent City, CA 95531 |
| 32. | Raymond G. Mattz | 07-20-43 | 440 Mathews, Crescent City, CA 95531 |
| 33. | Diane Whipple Folkins Mattz | 04-19-44 | 440 Mathews, Crescent City, CA 95531 |
| 34. | Anne J. Mattz Moore | 07-14-03 | 2146 Howland Hill Road, Crescent City, CA 95531 |
| 35. | Pansy Lopez Blazina | 01-01-19 | 4729 East Donner, Fresno, CA 93726 |
| 36. | Donna Frye Martin | 05-05-32 | 788 Pacific Avenue, Crescent City, CA 95531 |
| 37. | Mollie M. Oliver Rudd | 06-09-28 | P.O. Box 206, Klamath, CA 95548 |
| 38. | Emory T. Mattz | 04-10-00 | Deceased 2-18-82 |

EXH. B PG 2 OF 7 PGS

ELK VALLEY RANCHERIA

Other Indian Landowners

| | | Date of Birth | Last Known Address |
|---|---|---|---|
| 39. | Manuel Mattz | 11-30-12 | Box 115, Hoopa, CA 95546 |
| 40. | Mary G. Mattz Parsons | 07-25-09 | 2146 Howland Hill Road, Crescent City, CA 95531 |
| 41. | Raymond K. Mattz | 12-20-18 | 1447 Breen St., Crescent City, CA 95531 |
| 42. | Evelyn (Evalina) Jackson Ronk | 07-10-14 | 255 Norris Avenue, Crescent City, CA 95531 |
| 43. | Herbert H. Lopez | 04-06-16 | 1010 Balboa Avenue, Pacific Grove, CA 93950 |
| 44. | Mandy Lou Lopez Housley | 10-07-28 | P.O. Box 779, Crescent City, CA 95531 |
| 45. | Dorothy Lopez Frye Williams | 06-23-10 | P.O. Box 931, Klamath, CA 95548 |

Other Interested Person

| | | | |
|---|---|---|---|
| 46. | Earl T. Green, Jr. | 07-02-47 | American Indian Center, 225 Valencia Street, San Francisco, CA 94103 |

EXH. B PG 3 OF 7 PGS

## SMITH RIVER RANCHERIA

| | Distributee | Date of Birth | Last Known Address |
|---|---|---|---|
| 1. | Edward Lopez, Jr. | 07-27-33 | P.O. Box 414, Loleta, CA 95551 |
| 2. | Albert Lopez (Lopes) | 06-11-34 | Box 1, Smith River, CA 95567 |
| 3. | Walter Richards, Jr. | 03-18-39 | P.O. Box 99, Smith River, CA 95567 |
| 4. | Robert Lopez | 10-15-23 | Deceased 11-22-62 |
| 5. | Barbara Fullam | 08-23-25 | R.F.D. 2, Box 37-A, Springfield, VT 05156 |
| 6. | Ernest Scott | 12-24-11 | Box 570, Crescent City, CA 95531 |
| 7. | Frank Hostler | 08-31-38 | 236 Arnold Avenue, Corvalis, OR 97330 |
| 8. | Elmer Hostler | 06-23-34 | Box 45, Fort Dick, CA 95538 |
| 9. | Walter Richards, Sr. | 08-29-13 | P.O. Box 99, Smith River, CA 95567 |
| 10. | Mary Bartow | 02-23-28 | 13470 Hwy. 101 North, Smith River, CA 95567 |
| 11. | Paul Winton | 05-23-18 | Box 383, Smith River, CA 95567 |
| 12. | Clifford Winton | 03-14-06 | Deceased 8-14-70 |
| 13. | Sylvia Green White | 09-11-26 | P.O. Box 236, Orick, CA 95555 |
| 14. | Catherine Hostler Richards | 12-21-19 | P.O. Box 58, Smith River, CA 95567 |
| 15. | Bertha Stewart | 03-19-00 | Route 2, Box 1271-C, Smith River, CA 95567 |
| 16. | Betty Myers | 03-05-29 | Route 1, Box 154, Hayes, VA 23072 |
| 17. | Joseph LaFountain | 06-26-06 | P.O. Box 174, Smith River, CA 95567 |
| 18. | Leonard James, Sr. | 09-15-25 | Box 49, Smith River, CA 95567 |
| 19. | Raymond Criteser | 10-25-27 | P.O. Box 112, Smith River, CA 95567 |
| 20. | Jasper James | 12-22-18 | P.O. Box 343, Smith River, CA 95567 |

EXH. B PG 4 OF 7 PGS

SMITH RIVER RANCHERIA

| Distributee | Date of Birth | Last Known Address |
|---|---|---|
| 21. Amelia Brown | 07-04-71 | Deceased 3-25-79 |
| 22. Harriet Smith | 06-03-16 | P.O. Box 254, Smith River, CA 95567 |
| 23. Fred Moorehead | 02-18-11 | P.O. Box 679, Smith River, CA 95567 |
| 24. Murray Richards | 01-09-38 | P.O. Box 433, Smith River, CA 95567 |
| 25. Edward Richards, III | 06-01-27 | P.O. Box 329, Smith River, CA 95567 |
| 26. Edward Richards, Jr. | 03-06-01 | Deceased 3-28-83 |
| 27. Lydia George | 08-14-86 | Deceased 11-8-65 |
| 28. Marian Lopez | 02-09-29 | P.O. Box 53, Smith River, CA 95567 |
| 29. Theodore Moorehead | 05-13-03 | Star Route, Box 40, Trinidad, CA 95570 |
| 30. Isabel Moorehead | 08-17-09 | Route 2, Box 1250, Smith River, CA 95567 |
| 31. Ramona Weatherford Alatalo | 04-18-30 | Deceased |
| 32. Cornelius Moorehead | 07-10-22 | P.O. Box 38, Smith River, CA 95567 |
| 33. Frank Moorehead | 02-18-11 | Deceased 12-2-72 |
| 34. Samuel Stanshaw | 11-11-35 | Route 2, Box 1251-A, Smith River, CA 95567 |
| 35. Ernest Richards | 04-08-19 | P.O. Box 58, Smith River, CA 95567 |
| 36. Lauretta (Loretta) Martin | 09-19-24 | P.O. Box 719, Smith River, CA 95567 |
| 37. Ray Moorehead | 09-20-27 | P.O. Box 719, Smith River, CA 95567 |
| 38. Andrew Whipple, Sr. | 12-23-15 | Route 2, Box 1259-A, Smith River, CA 95567 |
| 39. Allen Richards, Sr. | 04-09-34 | Deceased 9-11-77 |

EXH. B PG 5 OF 7 PGS

SMITH RIVER RANCHERIA

| Distributee | Date of Birth | Last Known Address |
|---|---|---|
| 40. Frank Richards | 09-21-25 | P.O. Box 325, Smith River, CA 95567 |
| 41. William Roberts | 08-15-12 | c/o Lester Jones, 707 Meridian St., Crescent City, CA 95531 |
| 42. Alex Billy | 08-14-73 | Deceased 9-30-61 |
| 43. Laura Billy | 08-14-78 | Deceased 9-9-66 |
| 44. Charles Whipple | 03-01-27 | P.O. Box 61, Smith River, CA 95567 |
| 45. Howonquet Community Assn. | | P.O. Box 307, Smith River, CA 95567 |

| Other Indian Landowners | Date of Birth | Last Known Address |
|---|---|---|
| 1. Clarence Whipple | 11-09-37 | P.O. Box 147, Smith River, CA 95567 |
| 2. William H. Richards | 03-17-36 | Route 2, Box 1270-A, Smith River, CA 95567 |
| 3. Viola E. Green Richards | 07-20-42 | Route 2, Box 1270-A, Smith River, CA 95567 |
| 4. Edward Lopez, Sr. | 07-13-06 | P.O. Box 1, Smith River, CA 95567 |
| 5. Lena Smiley Lopez | 06-28-06 | Deceased 3-31-80 |
| 6. Cecilia Winton Tripp | 03-18-17 | 360 Norgard, Ukiah, CA 95482 |
| 7. Nellie James Winton Field | 05-17-19 | 4411 McNamara Avenue, Crescent City, CA 95531 |
| 8. Adrienne P. Whipple Thomas | 09-01-41 | General Delivery, Smith River, CA 95567 |
| 9. David Criteser* | 10-01-51 | 12750 Indian Road, Smith River, CA 95567 |
| 10. Floyd Richards, Sr. | 09-19-22 | Route 2, Box 1154, Smith River, CA 95567 |
| 11. Lila Moorehead* | 07-09-23 | P.O. Box 679, Smith River, CA 95567 |

*Former Dependent Member.

EXH. B PG 6 OF 7 PGS

## SMITH RIVER RANCHERIA

| | | Date of Birth | Last Known Address |
|---|---|---|---|
| Other Indian Landowners | | | |
| 12. | Eugene Martin* | 09-18-46 | P.O. Box 302, Smith River, CA 95567 |
| 13. | Thelma Richards Whipple* | 01-30-25 | P.O. Box 61, Smith River, CA 95567 |
| Other Interested Persons | | | |
| 14. | Clifford Winton | 02-24-43 | 411 McNamara, Smith River, CA 95567 |
| 15. | Bernice Brown Coughlin Humphrey | 05-11-10 | Route 2, Box 1271-B, Smith River, CA 95567 |
| 16. | Etta Henry Richards | 12-15-16 | P.O. Box 82, Smith River, CA 95567 |
| 17. | Estate of Allen J. Richards | | P.O. Box 202, Smith River, CA 95567 |

*Former Dependent Member.

EXH. B PG 7 OF 7 PGS

SEP 1983