```
DAVID J. RAPPORT
CALIFORNIA INDIAN LEGAL SERVICES
P.O. Box 488
200 W. Henry Street
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs
```



SCANNED

FILED
AUG 3 1987
WILLIAM L. WHITTAKER
Clerk, U.S. District Court
Northern District of California
SAN JOSE

218

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | NO. C-79-1710 SW <br><br> STIPULATION TO ORDER PRESCRIBING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING ON APPROVAL OF SETTLEMENT AND ORDER <br> (MADERA COUNTY) |

Through their respective attorneys of record, plaintiffs and defendant County of Madera hereby stipulate as follows:

1. On May 20, 1987, plaintiffs and defendants Madera County, the Tax Collector for Madera County, the Assessor for Madera County, and the Board of Supervisors of Madera County, enterd a Stipulation for Entry of Judgment which would certify a subclass consisting of class members from the North Fork and Picayune Rancherias in Madera County.

2. Under Federal Rule of Civil Procedure 23(e), before this action can be compromised as proposed in the above-referenced Stipulation for Entry of Judgment notice of the proposed settlement must be given to all members of the subclass in such manner as the Court directs and the Court must determine after hearing

STIP TO ORDER PRESCRBNG NOTICE OF   -1-
PROPOSED CLASS ACTION SETT (MADERA)
®DR®PLDGS®HDWCK1

whether the proposed settlement shall be approved as fair, just and equitable to the class.

3. Plaintiffs shall give notice to the subclass entirely at their expense as provided in this paragraph. A copy of the notice that plaintiffs shall give is attached hereto as Exhibit A and is incorporated herein by reference as though set forth in full. Within fifteen (15) days after the Court issues its Order approving this Stipulation the plaintiffs shall:

(1) Mail a copy of Exhibit A to each subclass member listed in the attached Exhibit B, postage pre-paid, using California Indian Legal Services, Attention: David Rapport, P.O. Box 488, Ukiah, California 95482 as the return address; and

(2) Publish Exhibit A as a legal notice once in the Madera Daily Tribune, P.O. Box 269, Madera, California 93637.

4. Fifteen days following mailing and publication of the notice required by paragraph 3 plaintiffs shall file a return showing what they have done to comply with paragraph 3.

5. On or about forty-five days following mailing and publication of the notice required by paragraph 3 plaintiffs shall prepare a report of those persons who have elected to be excluded from the class, those whose notices were returned as undelivered, those who object to the settlement, summarizing the substance of the objections, and those who have requested a hearing on the settlement. If one or more timely hearing requests have been received, plaintiffs shall obtain a hearing date from the Court and send 15 days advance written notice of the time, date and location of the hearing to the persons and in the manner as specified in paragraph 3. Prior to the hearing plaintiffs shall

1  file with the Court a copy of the notice together with a proof of
2  service. If no timely hearing requests are received, plaintiffs
3  shall submit a proposed judgment for the Court's approval.

4  DATED: 7-24-87            CALIFORNIA INDIAN LEGAL SERVICES

6                            By: _____
                                 DAVID J. RAPPORT
                                 Attorneys for Plaintiffs

8  DATED: 7-16-87            MICHAEL D. OTT
                             County Counsel for Madera County

10                           By: _____
                                 MICHAEL D. OTT
11                               County Counsel
                                 Attorneys for Defendants

13                                 O R D E R

14     Having read the foregoing Stipulation and good cause appear-
15  ing therefore,
16     IT IS SO ORDERED.
17  DATED: 8/3/87             _____
                              Judge of the District Court

STIP TO ORDER PRESCRBNG NOTICE OF    -3-
PROPOSED CLASS ACTION SETT (MADERA)
®DR®PLDGS®HDWCK1

**EXHIBIT A**

NOTICE OF RIGHT TO HEARING ON APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710 SW, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act. On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On May 20, 1987, plaintiffs and the defendant Madera County entered a written agreement to compromise and settle the remaining claims asserted against Madera County on behalf of class members from the NORTH FORK AND PICAYUNE RANCHERIAS.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE **NORTH FORK AND PICAYUNE RANCHERIAS** AND YOU:

1. Received a property interest in your Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2. Have acquired title to any such Rancheria property by inheritance, gift purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1. The original rancheria boundaries will be restored as "Indian Country" to clarify the respective jurisdictions of the

1

tribal, county, state and federal governments.

2. Liens to secure unpaid county property taxes will be cancelled.

3. Property taxes for the 1979 and any subsequent tax year on rancheria property owned by class members will be refunded to the class member who paid them.

4. Indian owned property on these rancherias will become subject to county property taxes if the property has not been returned to federal trust status on or before December 31, 1988.

5. All county maintained roads crossing the North Fork and Picayune Rancherias shall continue to be owned and maintained by Madera County.

## NOTICE OF RIGHT TO HEARING

PLEASE TAKE NOTICE that you can request a hearing on approval of this settlement at which the Court will review the matter to decide whether to approve the settlement and to enter judgment against Madera County as agreed.

Any class member may request a hearing before the Honorable Spencer Williams, Judge of the Federal District Court and may appear personally or through legal counsel at the hearing to oppose or otherwise question the settlement. Requests for a hearing must be addressed to the attention of David Rapport, CILS, P.O. Box 488, Ukiah, California 95482 and be post marked by no later than _____ [30 days after notice is mailed and published]. If a hearing is requested, notice of the time and

2

place of the hearing will be given by newspaper and/or first class mail at least fifteen (15) days prior to the hearing date. If no hearing is requested, the Court will approve the settlement without conducting a hearing in open court.

## YOUR RIGHTS

To protect your legal rights you may do any of the following:

1. You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW, to the Attention of David Rapport, California Indian Legal Services (CILS) Post Office Box 488, Ukiah, CA 95482. The letter must be <u>received</u> by CILS <u>no later than</u> midnight, _____ [30 days after notice is mailed and published]. If you give notice under this paragraph, you will <u>not</u> receive the benefits provided by the settlement.

2. Any class member may submit written objections to the settlement. Objections must be addressed to the Attention of David Rapport, CILS, Post Office Box 488, Ukiah, CA 95482 and contain on the outside of the envelope a reference to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW. Objections must be <u>received</u> by CILS <u>no later than</u> midnight, _____ [30 days after notice is mailed and published].

3. You may seek to intervene in the action. Motions to in-

3

tervene must be filed in accordance and otherwise comply with the Federal Rules of Civil Procedure and applicable Local Rules of the Federal District Court for the Northern District of California.

4.  You may request a hearing as described previously.

5.  <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

>   David J. Rapport
>   California Indian Legal Services
>   P.O. Box 488
>   200 W. Henry Street
>   Ukiah, CA 95482
>   7070-462-3825

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment and <u>will</u> receive the tax refunds and other benefits provided by the judgment.

4

# NORTH FORK RANCHERIA

| Distributee | Date of Birth | Last Known Address |
|---|---|---|
| 1. Susan Johnson | 03-08-74 | Deceased March 1966 |

Present Indian Landowners

| | Date of Birth | Last Known Address |
|---|---|---|
| 1. Alvin McDonald, et al. | 04-15-35 | P.O Box 514, North Fork, CA 93643 |
| 2. Ron Roberts | 07-20-43 | P.O. Box 514, North Fork, CA 93643 |

## PICAYUNE RANCHERIA

| | Distributee | Date of Birth | Last Known Address |
|---|---|---|---|
| 1. | Nancy Wyatt | 03-18-87 | Deceased |
| 2. | Gordon Wyatt | 11-27-11 | Deceased |
| 3. | Maryan Ramirez | 05-05-20 | P.O. Box 426, Coarsegold, CA 93614 |
| 4. | Mona Ramirez | | P.O. Box 426, Coarsegold, CA 93614 |
| 5. | Wayne C. Lee | | P.O. Box 297, Independence, CA 93526 |

EXH. B PG 2 OF 2 PGS

SEP 1983