```
DAVID J. RAPPORT
CALIFORNIA INDIAN LEGAL SERVICES
200 W. Henry Street
P.O. Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs
```

FILED NOV 12 1987
WILLIAM L. WHITTAKER
Clerk, U.S. District Court
Northern District of California
SAN JOSE

RECEIVED SEP 8 1987
WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

226

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710 SW |
| Plaintiffs, | STIPULATION TO ORDER PRESCRIBING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING ON APPROVAL OF SETTLEMENT AND ORDER (SISKIYOU COUNTY) |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Through their respective attorneys of record, plaintiffs and defendant County of Siskiyou hereby stipulate as follows:

1. On July 21, 1987, plaintiffs and defendants Siskiyou County, the Tax Collector for Siskiyou County, the Assessor for Siskiyou County, and the Board of Supervisors of Siskiyou County, enterd a Stipulation for Entry of Judgment which would certify a subclass consisting of class members from the Quartz Valley Rancheria in Siskiyou County.

2. Under Federal Rule of Civil Procedure 23(e), before this action can be compromised as proposed in the above-referenced Stipulation for Entry of Judgment notice of the proposed settlement must be given to all members of the subclass in such manner as the Court directs and the Court must determine after hearing

STIP TO ORDER PRESCRBNG NOTICE OF    -1-
PROPOSED CLASS ACTION SETT (SISKIYOU)
®HARDWICK®PLDGS®STIP1

whether the proposed settlement shall be approved as fair, just and equitable to the class.

3. Plaintiffs shall give notice to the subclass entirely at their expense as provided in this paragraph. A copy of the notice that plaintiffs shall give is attached hereto as Exhibit A and is incorporated herein by reference as though set forth in full. Within fifteen (15) days after the Court issues its Order approving this Stipulation the plaintiffs shall:

(1) Mail a copy of Exhibit A to each subclass member listed in the attached Exhibit B, postage pre-paid, using California Indian Legal Services, Attention: David Rapport, P.O. Box 488, Ukiah, California 95482 as the return address; and

(2) Publish Exhibit A as a legal notice once in the Siskiyou Daily News, P.O. Box 129, Yreka, California 96097.

4. Fifteen days following mailing and publication of the notice required by paragraph 3 plaintiffs shall file a return showing what they have done to comply with paragraph 3.

5. On or about forty-five days following mailing and publication of the notice required by paragraph 3 plaintiffs shall prepare a report of those persons who have elected to be excluded from the class, those whose notices were returned as undelivered, those who object to the settlement, summarizing the substance of the objections, and those who have requested a hearing on the settlement. If one or more timely hearing requests have been received, plaintiffs shall obtain a hearing date from the Court and send 15 days advance written notice of the time, date and location of the hearing to the persons and in the manner as specified in paragraph 3. Prior to the hearing plaintiffs shall

file with the Court a copy of the notice together with a proof of service. If no timely hearing requests are received, plaintiffs shall submit a proposed judgment for the Court's approval in accordance with the Stipulation for Entry of Judgment.

DATED: 8-25-87

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
DAVID J. RAPPORT
Attorneys for Plaintiffs

DATED: 8-31-87

SISKIYOU COUNTY COUNSEL'S OFFICE

By: _____
WILLIAM P. STANLEY
Assistant County Counsel
Attorneys for Defendants
County of Siskiyou

O R D E R

Having read the foregoing Stipulation and good cause appearing therefore,

IT IS SO ORDERED.

DATED: NOV 12 1987

_____
Judge of the District Court

STIP TO ORDER PRESCRBNG NOTICE OF  -3-
PROPOSED CLASS ACTION SETT (SISKIYOU)
®HARDWICK®PLDGS®STIP1

**EXHIBIT A**

NOTICE OF RIGHT TO HEARING ON APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710 SW, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act. On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On July 21, 1987, plaintiffs and the defendant Siskiyou County entered a written agreement to compromise and settle the remaining claims asserted against Siskiyou County on behalf of class members from the QUARTZ VALLEY RANCHERIA.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE **QUARTZ VALLEY RANCHERIA** AND YOU:

1. Received a property interest in your Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2. Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1. After Court approval of this settlement, the parties will submit to the court the question of whether the original rancheria boundaries will be restored as "Indian Country" to

1

clarify the respective jurisdictions of the tribal, county, state and federal governments. The Court's decision on this issue will become part of the final judgment against Siskiyou County.

2. Indian owned parcels are listed on Exhibit 2 to the Stipulation for Entry of Judgment with Siskiyou County. The names and assessor's parcel numbers of Indian property owners and property are: Andrew & Bernice Peters (AP No. 15-590-240), Thomas & Norene Webster (AP No. 24-310-130), William Harrie, et al. (AP No. 24-320-120), Estate of Florence J. Harrie (AP No. 24-320-210) and Theresa M. Sargent, et al. (AP No. 24-570-130). Liens to secure unpaid county property taxes on Indian owned parcels will be cancelled.

3. Property taxes for the 1982-83 and any subsequent tax year on Indian owned parcels which have been paid to Siskiyou County will be refunded.

4. Indian owned parcels owned by class members will not be taxable or subject to fees or assessment. After February 28, 1988, any of those parcels that are not returned to federal trust status will be subject to county property taxes only.

5. All county maintained roads crossing the Quartz Valley Rancheria shall continue to be owned and maintained by Siskiyou County.

### NOTICE OF RIGHT TO HEARING

PLEASE TAKE NOTICE that you can request a hearing on approval of this settlement at which the Court will review the mat-

2

ter to decide whether to approve the settlement and to enter judgment against Siskiyou County as agreed.

Any class member may request a hearing before the Honorable Spencer Williams, Judge of the Federal District Court and may appear personally or through legal counsel at the hearing to oppose or otherwise question the settlement. Requests for a hearing must be addressed to the attention of David Rapport, CILS, P.O. Box 488, Ukiah, California 95482 and be post marked by no later than _____ [30 days after notice is mailed and published]. If a hearing is requested, notice of the time and place of the hearing will be given by newspaper and/or first class mail at least fifteen (15) days prior to the hearing date. If no hearing is requested, the Court will approve the settlement without conducting a hearing in open court.

## YOUR RIGHTS

To protect your legal rights you may do any of the following:

1. You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW, to the Attention of David Rapport, California Indian Legal Services (CILS) Post Office Box 488, Ukiah, CA 95482. The letter must be <u>received</u> by CILS <u>no later than</u> midnight, _____ [30 days after notice is

3

mailed and published]. If you give notice under this paragraph, you will <u>not</u> receive the benefits provided by the settlement.

2. Any class member may submit written objections to the settlement. Objections must be addressed to the Attention of David Rapport, CILS, Post Office Box 488, Ukiah, CA 95482 and contain on the outside of the envelope a reference to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW. Objections must be <u>received</u> by CILS <u>no later than</u> midnight, _____ [30 days after notice is mailed and published].

3. You may seek to intervene in the action. Motions to intervene must be filed in accordance and otherwise comply with the Federal Rules of Civil Procedure and applicable Local Rules of the Federal District Court for the Northern District of California.

4. You may request a hearing as described previously.

5. <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

>    David J. Rapport
>    California Indian Legal Services
>    P.O. Box 488
>    200 W. Henry Street
>    Ukiah, CA 95482
>    7070-462-3825

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment and <u>will</u> receive the tax refunds and other benefits provided by the judgment.

4

QUARTZ VALLEY RANCHERIA

| | Distributees | Date of Birth | Last Known Address |
|---|---|---|---|
| 1. | Herman Albers | 12-26-98 | Address Unknown |
| 2. | Lester Alford, Sr. | 10-31-29 | P.O. Box 411, Talmage, CA 95481 |
| 3. | Lawrence Burcell | 06-23-04 | Deceased 1-13-72 |
| 4. | Frederick Case, Sr. | 04-26-25 | Route 1, Box 58, Fort Jones, CA 96032 |
| 5. | Elizabeth Case | 08-06-15 | 5140 E. Side Calpella Rd., Ukiah, CA 95482 |
| 6. | Melissa Case | 12-17-05 | Deceased June 1965 |
| 7. | Anderson Charlie (Charley) | 12-05-17 | 5140 E. Side Calpella Rd., Ukiah, CA 95482 |
| 8. | Barney Harrie | 05-16-27 | Route 1, Box 54-C, Fort Jones, CA 96032 |
| 9. | Florence Harrie | 07-15-90 | Deceased - Estate c/o Arlene Harrie, 14519 Quartz Valley Dr., Fort Jones, CA 96032 |
| 10. | Hazel Harrie | 12-15-99 | Box 54-B, Fort Jones, CA 96032 |
| 11. | Franklin Harrie | 12-23-32 | Box 54-C, Fort Jones, CA 96032 |
| 12. | William Harrie | 08-15-23 | Box 54-B, Fort Jones, CA 96032 |
| 13. | Anthony Jerry | 06-02-38 | Deceased |
| 14. | Louis Jerry, Sr. | 07-25-10 | Address Unknown |
| 15. | Edna Jerry | 10-14-10 | Deceased 9-8-63 |
| 16. | Louis Jerry, Jr. | 09-16-34 | P.O. Box 655, Hilt, CA 96043 |
| 17. | Andrew Peters | 09-17-12 | Route 1, Box 68, Fort Jones, CA 96032 |
| 18. | Bernice Peters | 02-17-16 | Route 1, Box 68, Fort Jones, CA 96032 |
| 19. | John Ruff | 10-14-24 | Box 404, Fort Jones, CA 96032 |
| 20. | Edward Sanderson, Sr. | 09-16-22 | R.F.D. 1, Box 54-C, Fort Jones, CA 96032 |

EXH. B PG 1 OF 2 PGS

QUARTZ VALLEY RANCHERIA

| | Distributee | Date of Birth | Last Known Address |
|---|---|---|---|
| 21. | Arlene Sanderson | 06-28-35 | Route 1, Box 54-C, Fort Jones, CA 96032 |
| 22. | Richard Sargent | 12-14-34 | 4762 Donna Drive, LaPalma, CA 90623 |
| 23. | Theresa Sargent | 08-24-03 | Route 1, Box 54, Fort Jones, CA 96032 |
| 24. | Thomas Webster | 03-28-32 | 15617 Quartz Valley Drive, Fort Jones, CA 96032 |
| 25. | Clara Wicks | 03-12-79 | R.F.D. Box 54, Fort Jones, CA 96032 |
| 26. | Kenneth Super | 06-28-35 | Box 148, Cohasset Stage, Chico, CA 95926 |
| 27. | Quartz Valley Rancheria | | 9009 Big Meadows Rd., Fort Jones, CA 96032 |
| 28. | Mary Carpoland | | P.O. Box 1054, Yreka, CA 96097 |
| 29. | Dick Sargent | | 4762 Donna Dr., La Palma, CA 90626 |

EXH. B PG 2 OF 2 PGS