```
DAVID J. RAPPORT
CALIFORNIA INDIAN LEGAL SERVICES
200 W. Henry Street
P.O. Box 488
Ukiah, California 95482
Telephone: (707) 462-3825

Attorneys for Plaintiffs
```

RECEIVED JUN 27 1988
WILLIAM L. WHITTAKER
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED JUL 6 - 1988
WILLIAM L. WHITTAKER
Clerk, U.S. District Court
Northern District of California
SAN JOSE

236/a

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, et al., | No. C-79-1710 SW |
| Plaintiffs, | STIPULATION TO ORDER PRESCRIBING NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING ON APPROVAL OF SETTLEMENT AND ORDER (BUTTE COUNTY) |
| vs. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Through their respective attorneys of record, plaintiffs and defendant County of Butte hereby stipulate as follows:

1. On May 9, 1988, plaintiffs and defendants Butte County, the Tax Collector for Butte County, the Assessor for Butte County, and the Board of Supervisors of Butte County, entered a Stipulation for Entry of Judgment which would certify a subclass consisting of class members from the Mooretown Rancheria in Butte County.

2. Under Federal Rule of Civil Procedure 23(e), before this action can be compromised as proposed in the above-referenced Stipulation for Entry of Judgment notice of the proposed settlement must be given to all members of the subclass in such manner as the Court directs and the Court must determine after hearing

STIP TO ORDER PRESCRBNG NOTICE OF   -1-
PROPOSED CLASS ACTION SETT (BUTTE)
®HARDWICK®PLDGS®STIP1

whether the proposed settlement shall be approved as fair, just and equitable to the class.

3. Plaintiffs shall give notice to the subclass entirely at their expense as provided in this paragraph. A copy of the notice that plaintiffs shall give is attached hereto as Exhibit A and is incorporated herein by reference as though set forth in full. Within fifteen (15) days after the Court issues its Order approving this Stipulation the plaintiffs shall:

(1) Mail a copy of Exhibit A to each subclass member listed in the attached Exhibit B, postage pre-paid, using California Indian Legal Services, Attention: David Rapport, P.O. Box 488, Ukiah, California 95482 as the return address; and

(2) Publish Exhibit A as a legal notice once in the Mercury Register, P.O. Box 651, Oroville, California 95965.

4. Fifteen days following mailing and publication of the notice required by paragraph 3 plaintiffs shall file a return showing what they have done to comply with paragraph 3.

5. On or about forty-five days following mailing and publication of the notice required by paragraph 3 plaintiffs shall prepare a report of those persons who have elected to be excluded from the class, those whose notices were returned as undelivered, those who object to the settlement, summarizing the substance of the objections, and those who have requested a hearing on the settlement. If one or more timely hearing requests have been received, plaintiffs shall obtain a hearing date from the Court and send 15 days advance written notice of the time, date and location of the hearing to the persons and in the manner as specified in paragraph 3. Prior to the hearing plaintiffs shall

file with the Court a copy of the notice together with a proof of service. If no timely hearing requests are received, plaintiffs shall submit a proposed judgment for the Court's approval in accordance with the Stipulation for Entry of Judgment.

DATED: June 23, 1988

CALIFORNIA INDIAN LEGAL SERVICES

By: _____
DAVID J. RAPPORT
Attorneys for Plaintiffs

DATED: June 20, 1988

BUTTE COUNTY COUNSEL'S OFFICE

By: _____
SUSAN ROFF
County Counsel
Attorneys for Defendants
County of Butte

ORDER

Having read the foregoing Stipulation and good cause appearing therefore,

IT IS SO ORDERED.

DATED: 7/5/88

_____
Judge of the District Court

STIP TO ORDER PRESCRBNG NOTICE OF       -3-
PROPOSED CLASS ACTION SETT (BUTTE)
®HARDWICK®PLDGS®STIP1

**EXHIBIT A**

NOTICE OF RIGHT TO HEARING ON APPROVAL
OF PROPOSED CLASS ACTION SETTLEMENT

Hardwick v. United States, C-79-1710 SW, is a class action lawsuit brought in the United States District Court for the Northern District of California to set aside the termination of thirty-four (34) California Indian Rancherias under the California Rancheria Act. On December 22, 1983, the Court approved a settlement of the claims against the federal government and entered a judgment against the federal government.

On May 9, 1988 plaintiffs and the defendant Butte County entered a written agreement to compromise and settle the remaining claims asserted against Butte County on behalf of class members from the MOORETOWN RANCHERIA.

YOU ARE A MEMBER OF THE CLASS REPRESENTED IN THIS LAWSUIT, AND YOUR LEGAL RIGHTS WILL BE AFFECTED BY THIS SETTLEMENT, IF YOU ARE AN INDIAN PERSON FROM THE MOORETOWN RANCHERIA AND YOU:

1. Received a property interest in your Rancheria when deeds to rancheria property were distributed under the Rancheria Act; or

2. Have acquired title to any such Rancheria property by inheritance, gift, purchase or other means after deeds to Rancheria property were distributed under the Rancheria Act.

THE GENERAL TERMS OF THE SETTLEMENT ARE AS FOLLOWS:

1. The original boundaries of the Mooretown Rancheria as they existed before the rancheria was terminated will be restored as "Indian Country" to clarify the respective jurisdictions of

1

the tribal, county, state and federal governments.

    2.   Liens to secure unpaid county property taxes on Indian owned parcels located on the rancheria will be cancelled.

    3.   Property taxes for the 1979 and any subsequent tax year on Indian owned parcels which have been paid to Butte County will be refunded.

    4.   Indian owned parcels owned by class members will not be taxable or subject to fees or assessment. After December 31, 1989, any of those parcels that are not returned to federal trust status will be subject to county property taxes only.

    5.   All county maintained roads crossing the Mooretown Rancheria shall continue to be owned and maintained by Butte County.

## NOTICE OF RIGHT TO HEARING

PLEASE TAKE NOTICE that you can request a hearing on approval of this settlement at which the Court will review the matter to decide whether to approve the settlement and to enter judgment against Butte County as agreed.

Any class member may request a hearing before the Honorable Spencer Williams, Judge of the Federal District Court and may appear personally or through legal counsel at the hearing to oppose or otherwise question the settlement. Requests for a hearing must be addressed to the attention of David Rapport, CILS, P.O. Box 488, Ukiah, California 95482 and be post marked by no later than _____ [30 days after notice is mailed and

2

published]. If a hearing is requested, notice of the time and place of the hearing will be given by newspaper and/or first class mail at least fifteen (15) days prior to the hearing date. If no hearing is requested, the Court will approve the settlement without conducting a hearing in open court.

### YOUR RIGHTS

To protect your legal rights you may do any of the following:

1.  You may give notice that you wish to be excluded from the settlement by sending a letter containing (1) your name and address, (2) a statement that you wish to be excluded from the settlement, and (3) a reference <u>on the outside of the envelope</u> to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW, to the Attention of David Rapport, California Indian Legal Services (CILS) Post Office Box 488, Ukiah, CA 95482. The letter must be <u>received</u> by CILS <u>no later than</u> midnight, _____ [30 days after notice is mailed and published]. If you give notice under this paragraph, you will <u>not</u> receive the benefits provided by the settlement.

2.  Any class member may submit written objections to the settlement. Objections must be addressed to the Attention of David Rapport, CILS, Post Office Box 488, Ukiah, CA 95482 and contain on the outside of the envelope a reference to <u>Hardwick</u> v. <u>U.S.</u>, C-79-1710 SW. Objections must be <u>received</u> by CILS <u>no later than</u> midnight, _____ [30 days after notice is mailed and published].

3

3. You may seek to intervene in the action. Motions to intervene must be filed in accordance and otherwise comply with the Federal Rules of Civil Procedure and applicable Local Rules of the Federal District Court for the Northern District of California.

4. You may request a hearing as described previously.

5. <u>If you have questions about the settlement</u>, you may consult your own attorney or call or write plaintiffs' attorneys as follows:

>    David J. Rapport
>    California Indian Legal Services
>    P.O. Box 488
>    200 W. Henry Street
>    Ukiah, CA 95482
>    707-462-3825

DO <u>NOT</u> CALL OR WRITE THE COURT WITH QUESTIONS.

CLASS MEMBERS WHO DO NOTHING IN RESPONSE TO THIS NOTICE will be bound by the judgment and <u>will</u> receive the tax refunds and other benefits provided by the judgment.

4

**EXHIBIT B**

MOORETOWN RANCHERIA

| Distributee | Date of Birth | Last Known Address |
|---|---|---|
| 1. Robert Jackson | 04-15-82 | Deceased 1-1-72 |
| 2. Katie Archuleta | 02-17-99 | Deceased - Estate c/o Delmas Archuleta, et al., P.O. Box 417, Feather Falls, CA |
| 3. Fred Taylor | 12-16-81 | Deceased |

| Present Indian Landowners | Date of Birth | Last Known Address |
|---|---|---|
| 4. Ida Steidl, et al. | 03-20-17 | 2705 Fay Way, Oroville, CA 95965 |
| 5. Marjorie Mullins | 12-15-19 | P.O. Box 474, Feather Falls, CA 95940 |
| 6. Addie Davis | 01-16-23 | P.O. Box 740, Feather Falls, CA 95490 |
| 7. Shirley A. Jackson Prusia | 08-27-41 | 4091 Glenridge, Chino, CA 91710 |
| 8. Delmas Archuleta | 08-04-40 | P.O. Box 417, Feather Falls, CA 95490 |
| 9. Elwood Taylor | 09-24-17 | P.O. Box 776, Feather Falls, CA 95490 |
| 10. Donald Archuleta | 09-06-34 | Box 714, Feather Falls, CA 95490 |
| 11. Elmer Archuleta | 06-14-27 | Box 714, Feather Falls, CA 95490 |
| 12. Martin Archuleta, Jr. | 09-18-24 | 3309 Ashley Avenue, Oroville, CA 95965 |

Other

1. Mooretown Rancheria        P.O. Box 1842, Oroville, CA 95965