

FILED

DEC 1 4 2006

R.W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| THE PICAYUNE RANCHERIA OF THE CHUKCHANSI INDIANS,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MADERA, et al.,<br><br>Defendants. | Case Number C 06-7613 RMW (PVT)<br><br>ORDER RELATING CASE |

Plaintiff filed the instant action on December 13, 2006. The undersigned having determined that the instant action is related to earlier-filed case number C 79-1710 JF (PVT), IT IS HEREBY ORDERED that the instant action be RELATED to the earlier-filed case number and reassigned to the undersigned. In the future, all filings in the instant case shall bear the case number "C 06-7613 JF (PVT)."

DATED: 12/13/06

_____
JEREMY FOGEL
United States District Judge

Case No. C 06-7613 RMW (PVT)
ORDER RELATING CASE
(JFLC2)

1 | Copies of Order served on:

2

3 | Counsel for Plaintiff:

4 | John M. Peebles
Michael A. Robinson
5 | Patricia R. Lenzi
Darcie L. Houck
6 | Monteau & Peebles LLP
1001 Second Street
7 | Sacramento, CA 95814

8 | Counsel for Defendants:

9 | Dennis M. Cota
Steven M. Ingram
10 | Samuel L. Emerson
Best Best & Krieger LLP
11 | 400 Capitol Mall, Suite 1650
Sacramento, CA 95814

12

David A. Prentice
13 | County Counsel
County Counsel of Madera
14 | 333 West Olive Avenue
Madera, CA 93637

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 06-7613 RMW (PVT)
ORDER RELATING CASE
(JFLC2)