MELINDA L. HAAG (CSBN 132612)
United States Attorney
Northern District of California
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CHARLES M. O'CONNOR (CSBN 56320)
Assistant United States Attorney

450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone:     (415) 436-7180
Facsimile:     (415) 436-6748
Email:     charles.oconnor@usdoj.gov

IGNACIA MORENO
Assistant Attorney General
Environment and Natural Resources Division
DEVON LEHMAN McCUNE
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section

999 18th St, South Terrace, Suite 370
Denver, CO 80202
Telephone:     (303) 844-1487
Facsimile:     (303) 844-1350
Email:     Devon.McCune@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TILLIE HARDWICK, et al. | No. C 79-1710 JF |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER (Proposed) SETTING BRIEFING SCHEDULE AND DATE FOR HEARING MOTION TO ENFORCE JUDGMENT |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | Date:  TBD |
| | Time:  TBD |

Plaintiffs filed their Notice of Motion and Motion for Enforcement of Judgment in the above-captioned case on or about June 8, 2012. Inasmuch as this case was closed by the Court on May 20, 1992, and the defendants' records regarding it are not readily available, defendants must locate and retrieve the relevant documents in order to prepare their response to the plaintiffs' motion. Therefore, it is hereby stipulated by the parties, through their respective

1  undersigned counsel, that the hearing may be continued until October __, 2012, at __:__ a.m. and
2  the following briefing schedule shall be followed by the parties:
3      Opposition Papers Filed and Served September 7, 2012
4      Reply Papers Filed and Served September 28, 2012
5                     Respectfully submitted,
6                     COTA COLE LLP
7
8  Dated: July 10, 2012        By: _____/s/_____
                                  Dennis M. Cota
9                                  Sean D. De Burgh
10                          Attorneys for Plaintiffs MONA BRAGDON
                         and ANTHONY RAMIREZ
11
12                          MELINDA L. HAAG
                         United States Attorney
13
14
15 Dated: July 10, 2012               _____/s/_____
                         CHARLES M. O'CONNOR
16                          Assistant United States Attorney
17                          Attorneys for the Defendants
18                             **ORDER**
19   IT IS SO ORDERED.
20 Dated: July __, 2012
21                          DISTRICT JUDGE
22                          UNITED STATES DISTRICT COURT

STIPULATION & ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION
*Tillie Hardwick v. United States of America* C 79-1710 JF