1  IGNACIA S. MORENO
   Assistant Attorney General
2  DEVON LEHMAN MCCUNE, Trial Attorney
3  U.S. Department of Justice
   Environment and Natural Resources Division
4  Natural Resources Section
   999 18th Street, South Terrace Suite 370
5  Denver, CO 80202
6  Tel: (303) 844-1487
   Fax: (303) 844-1350
7  Email: devon.mccune@usdoj.gov
   Attorneys for Defendants
8

9            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

11

| TILLIE HARDWICK, et al. | Case No. C-79-1710-JF |
|---|---|
| Plaintiffs, | DECLARATION OF DEVON LEHMAN MCCUNE IN SUPPORT OF STIPULATED REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' RULE 60 MOTION |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

STIPULATED REQUEST FOR ADDITIONAL TIME TO RESPOND TO
PLAINTIFFS' RULE 60 MOTION — MCCUNE DECLARATION
CASE NO. C-79-1710-JF

I, Devon Lehman McCune, declare as follows:

1. I am over the age of 18 and competent to testify. I am an attorney with the U.S. Department of Justice, Environment and Natural Resources Division, Natural Resources Section. I am licensed to practice law in the State of Colorado and, as counsel for the United States, I am permitted to practice in the United States District Court for the Northern District of California. This declaration is made and signed in support of the stipulated request for an order extending the time for Defendants' response to Plaintiffs' Motion Pursuant to Rule 60 – Request for Correction of Clerical Mistake in the 1983 Stipulated Judgment ("Rule 60 Motion") (Doc. No. 356). This declaration is submitted in conformance to Civil Local Rule 6-2(a).

2. I am counsel for Defendants in the above-captioned case. I make the statements set forth in this declaration on the basis of my personal knowledge.

3. Additional time is required to answer or otherwise respond to Plaintiffs' Rule 60 Motion. The Rule 60 Motion was served on Defendants via the CM/ECF system on April 3, 2013. Defendants need additional time to thoroughly respond to Plaintiffs' motion, particularly in light of the fact that Defendants' Answer to Plaintiffs' Amended Complaint in the *Nisenan Tribe of the Nevada City Rancheria v. Salazar*, Case No. 5:10-cv-270-JF, is due April 26, 2013.

4. Accordingly, the Parties request that the deadline for responding to Plaintiffs' Amended Complaint be extended from the current due date of April 17, 2013, to May 15, 2013.

5. This is Defendants' first request for an extension of time to respond to Plaintiffs' Rule 60 Motion.

6. There is no schedule set in this case. Thus, the requested time modification should not have an impact on the schedule for the case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED this 15th day of April, 2013, in Denver, Colorado.

 /s/ Devon Lehman McCune
DEVON LEHMAN McCUNE
Trial Attorney
United States Department of Justice
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, CO  80202
Tel:  (303) 844-1487
Devon.McCune@usdoj.gov