**OCOTILLO LAW & POLICY PARTNERS, LLP**
PADRAIC I. MCCOY (SBN 223341)
E-Mail: McCoy@OLP-Partners.com
6650 Gunpark Drive, Suite 100
Boulder, Colorado 80301
Telephone: (303) 500-7756
Facsimile: (303) 558-3893

Attorneys for THE BUENA VISTA RANCHERIA
OF ME-WUK INDIANS, A FEDERALLY RECOGNIZED
INDIAN TRIBE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br><br> UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | Case No.: 3:79-CV-01710 <br><br><br> STIPULATION TO RESCHEDULE DATE OF STATUS CONFERENCE ON BUENA VISTA RANCHERIA'S MOTION TO ENFORCE 1983 STIPULATED JUDGMENT |

    1. The Buena Vista Rancheria of Me-Wuk Indians has moved to enforce the Stipulated Judgment entered by this Court in this case in 1983.  A status conference on the motion is scheduled for August 14, 2020, at 10:30 a.m.

    2. The Buena Vista Rancheria has requested that the status conference be rescheduled to August 11, 2020, at 1:00 p.m., because counsel is unavailable on August 14.

    3. Accordingly, the signatories hereto stipulate that the status conference be rescheduled to August 11, 2020, at 1:00 p.m.

It is so stipulated.

Dated: August 7, 2020    /s/ *Padraic I. McCoy*
Padraic I. McCoy
Counsel for Buena Vista Rancheria of Me-Wuk Indians

Dated: August 7, 2020    /s/ *Devon Lehman McCune*
Devon Lehman McCune
Counsel for the United States

Dated: August 7, 2020    /s/ *Christopher Elliott Skinnell*
Christopher Elliott Skinnell
Counsel for Amador County

Respectfully submitted,

/s/ Padraic I. McCoy
**OCOTILLO LAW & POLICY PARTNERS, LLP**
PADRAIC I. MCCOY (SBN 223341)
E-Mail: McCoy@OLP-Partners.com
6650 Gunpark Drive, Suite 100
Boulder, Colorado 80301
Telephone: (303) 500-7756
Facsimile: (303) 558-3893

Attorneys for Movant, THE BUENA VISTA RANCHERIA OF ME-WUK INDIANS, A FEDERALLY RECOGNIZED INDIAN TRIBE