# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TILLIE HARDWICK, ET AL.,<br><br>    Plaintiffs,<br><br>vs.<br><br><br>UNITED STATES OF AMERICA, ET AL.,<br><br>    Defendants. | Case No.: 5:79-CV-01710<br><br><br>[PROPOSED] ORDER ENTERING STIPULATION OF THE PARTIES TO RESCHEDULE STATUS CONFERENCE ON BUENA VISTA RANCHERIA'S MOTION TO ENFORCE 1983 STIPULATED JUDGMENT TO AUGUST 11, 2020, AT 1:00 P.M. |

## [PROPOSED] ORDER

The Court orders that the status conference on the motion of Buena Vista Rancheria of Me-Wuk to enforce the 1983 Stipulated Judgment be held on August 11, 2020 at 1:00 p.m. Hearing will be conducted by Zoom Webinar. Instructions forthcoming.

It is so ordered.

Dated: August 7, 2020

_____
JUDGE EDWARD M. CHEN

Tendered by:

**OCOTILLO LAW & POLICY PARTNERS, LLP**
PADRAIC I. MCCOY (SBN 223341)
E-Mail: McCoy@OLP-Partners.com
6650 Gunpark Drive, Suite 100
Boulder, Colorado 80301
Telephone: (303) 500-7756
Facsimile: (303) 558-3893

Attorneys for Movant, THE BUENA VISTA RANCHERIA OF ME-WUK INDIANS, A FEDERALLY RECOGNIZED INDIAN TRIBE