PADRAIC I. MCCOY (SBN 223341)
OCOTILLO LAW & POLICY PARTNERS, LLP
MCCOY@OLP-PARTNERS.COM
6650 GUNPARK DRIVE
BOULDER, CO 80301
(303) 500-7756

ATTORNEY FOR PLAINTIFF/MOVANT

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TILLIE HARDWICK, et al., | ) | Case No. 5-29-1710-SW |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | **DECLARATION OF PADRAIC** |
| | ) | **MCCOY IN SUPPORT OF THE** |
| | ) | **BUENA VISTA** |
| | ) | **RANCHERIA OF** |
| | ) | **ME-WUK INDIANS'** |
| | ) | **MOTION FOR SANCTIONS** |
| | ) | |
| Defendants. | ) | |
| _____ ____ | ) | |

I, Padraic McCoy, declare as follows:

1.  I am the attorney for the Buena Vista Rancheria of Me-Wuk Indians, and duly licensed to practice in the State of California and before the District Court for the Northern District of California.  This declaration is based on my personal knowledge of the matters set forth herein and offered in support of Buena Vista's motion for attorney-fee sanctions,

and describes services that I provided and that my associate, Jennifer Swyers, provided to Buena Vista in this matter.

2. I obtained my Juris Doctor and Masters in American Indian Studies in 2001. I have nearly 20 years of experience representing Indian tribes and tribal interests in federal courts and before federal agencies. I have authored several published articles in this area of expertise, including Sovereign Immunity and Tribal Commercial Activity, The Federal Lawyer, March/April 2010; The Land Must Hold The People: Native Modes of Territoriality and Contemporary Tribal Justifications for Placing Land Into Trust Through 25 C.F.R. Part 151, 27 Am. Indian L. Rev. 421; The End of "Existing Indian Family" Jurisprudence: Holyfield at 20, In the Matter of A.J.S., and the Last Gasps of a Dying Doctrine, Dan Lewerenz and Padraic McCoy, 36 Will. Mitch. L. Rev. 684 (2010).

3. Ms. Swyers earned her Juris Doctor and Masters in Environmental Law and Policy in 2002. She has served as a Presidential Management Fellow and clerked for Judge Boyce F. Martin, Jr., of the United States Court of Appeals for the Sixth Circuit. Ms. Swyers has more than 15 years of experience practicing in the federal courts.

4. A total of at least 230 hours of services were provided at a billable rate of between $200.00 and $250.00 per hour (with certain other discounts applied as I serve as the Tribe's outside general counsel and do not always bill for my time on litigation matters):

From the attached Invoice 54 - $18,070.

From the attached Invoices 1108, 1114, 1122, and 1144 - $31,482.50

TOTAL FEES:      $49,552.50

5. The requested sanctions should include fees for services relating to the following matters:

a. Motion to Enforce the 1983 Stipulated Judgment (Doc. 364).  As described in Buena Vista's Motion to Enforce, the IBIA remanded the BIA's unofficial denial of the mandatory trust election on April 25, 2019.  Since that date, Ms. Swyers and I worked on Buena Vista's Motion to Enforce, which was filed on July 10, 2010.  In addition to substantial legal research, this work involved reviewing records dating back to 1983, including volumes of correspondence between Buena Vista and BIA/Department of Interior.   Once filed, we necessarily had to respond to Amador County's Motion for Extension of Time (Doc. 367).  Our response (Doc. 369) argued that the County had no standing to oppose our motion.  We also necessarily replied (Doc. 385) to BIA's Opposition/Response (Doc. 381) to our motion.

b. Motion to Hold in Abeyance (Doc. 377).  The BIA filed this motion on September 21, 2020, requiring Buena Vista's response (Doc. 379).

c. Motion to Stay Agency Action (Doc. 382).   To prevent BIA from circumventing this Court's jurisdiction, we filed a motion to prevent the agency from issuing a final decision on the Tribe's mandatory trust election as well as a reply in support of this motion (Doc. 386).

d. Motion for Sanctions.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 27, 2020, in Boulder, Colorado.

Dated: November 27, 2020                            */s/ Padraic I. McCoy*
                                                   Padraic I. McCoy

THE BUENA VISTA RANCHERIA'S MOTION FOR SANCTIONS - 3



# Ocotillo Law & Policy Partners, LLP

**INVOICE**

Invoice # 54
Date: 10/06/2020
Due On: 11/05/2020

6650 Gunpark Dr., Suite 100
Boulder, CO 80301
www.olp-partners.com

Harrah's Northern California
HET1026944, PO BOX 29033
Hot Springs, AR 71903

## 00013-Buena Vista Rancheria

## Tillie Hardwick (Motion to Enforce)

| Date | Attorney | Notes | Quantity | Rate | Total |
|------|----------|-------|----------|------|-------|
| 07/10/2020 | RD | Review correspondence re Tillie Hardwick litigation. | 0.50 | $250.00 | $125.00 |
| 07/11/2020 | JS | Prepare motion, proposed order for filing: create TOC (1.1); prepare TOA (.5); review draft for final edits (1.8); research to confirm that motion to enforce ▮▮▮▮▮▮▮▮▮▮ (.9) | 4.30 | $250.00 | $1,075.00 |
| 07/15/2020 | RD | Review and comment on correspondence re Tillie Hardwick case. | 0.30 | $250.00 | $75.00 |
| 07/22/2020 | PM | Tillie Hardwick matters - Call with ▮▮▮▮▮▮ regarding motion to enforce, and email update re same. ▮▮▮▮▮▮ regarding Tillie motion. | 1.50 | $0.00 | $0.00 |
| 07/24/2020 | JS | Review County request for extension of time (.1); review attorney declaration in support of request (.1); research cases examining the definition of "aggrieved party" (1.2); research cases involving FRCP 56 rule that only aggrieved parties can respond to motions for summary judgment (1.1); research cases involving waiver – such that county waived its right to contest the 1983 stipulation (2.1) | 4.60 | $250.00 | $1,150.00 |
| 07/25/2020 | JS | Research cases involving claim preclusion and res judicata (.3); | 8.70 | $250.00 | $2,175.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | research cases involving claim preclusion and res judicata (1.1); research cases involving claim preclusion and res judicata (.8); review opinions and pleadings from Amador County litigation against USA (Rancheria status) to support claim preclusion argument (.8); review opinions and pleadings from Amador County litigation against USA (Rancheria status) to support claim preclusion argument (.6); review opinions and pleadings from Amador County litigation against USA (Rancheria status) to support claim preclusion argument (1.0); research decisions examining county/local gov't interest in a tribe's trust acquisition (.8); research decisions examining county/local gov't interest in a tribe's trust acquisition (1.1); research decisions examining county/local gov't interest in a tribe's trust acquisition (1.3); research decisions examining county/local gov't interest in a tribe's trust acquisition (.9) | | | |
| 07/26/2020 | JS | Draft response to County's request for extension (.5); draft response to County's request for extension (.8); draft response to County's request for extension (1.0); draft response to County's request for extension (.3); draft response to County's request for extension (1.5); draft response to County's request for extension (.6); draft response to County's request for extension (1.0) | 5.70 | $250.00 | $1,425.00 |
| 07/27/2020 | JS | Finalize response to County request for extension (.3); finalize response to County request for extension (1.1); finalize response to County request for extension (.5) | 1.90 | $250.00 | $475.00 |
| 07/29/2020 | PM | Teleconference with ███████████ regarding Tillie Hardwick filing matters; teleconference with JBS regarding Tillie Hardwick filing matters and County's related involvement. | 0.80 | $0.00 | $0.00 |
| 07/29/2020 | JS | Conf call re ████████████ status of motion to enforce | 0.70 | $250.00 | $175.00 |
| 09/15/2020 | JS | Review email from PMC re County | 0.10 | $250.00 | $25.00 |

| | | nonopposition | | | |
|---|---|---|---|---|---|
| 09/18/2020 | PM | Call with ▇▇▇▇▇ regarding BIA's motion for stay; call with J Swyers regarding same. | 0.90 | $0.00 | $0.00 |
| 09/18/2020 | JS | Conf call with PMC to discuss US decision to seek stay in TH | 0.70 | $250.00 | $175.00 |
| 09/19/2020 | JS | Review and research caselaw related to judicial stays for the purpose of agency action (1.0); review and research caselaw related to judicial stays for the purpose of agency action (.5); review and research caselaw related to judicial stays for the purpose of agency action (.8); review and research caselaw related to judicial stays for the purpose of agency action (1.5); review and research caselaw related to judicial stays for the purpose of agency action (.7) | 4.50 | $250.00 | $1,125.00 |
| 09/21/2020 | PM | Correspondence with D McCune/DOJ; call with J Swyers regarding responses to DOJ motion. Being drafting emergency response motion to USA's motion for stay; calls with J Swyers regarding same. | 6.70 | $0.00 | $0.00 |
| 09/21/2020 | JS | Review draft email to DOJ attorney concerning US imminent request for a stay and provide edits (.5); phone call to discuss issue with PMC (.4); prepare short statement to file re USA motion (.3); review sanction rules that may apply to USA motion (.5); review rules re administrative motions (.3); review USA motion to hold in abeyance (.2); consider and provide feedback to PMC re USA motion (.3); prepare draft response to USA motion to hold in abeyance (1.3); prepare draft response to USA motion to hold in abeyance (.8); prepare draft response to USA motion to hold in abeyance (1.0) | 5.60 | $250.00 | $1,400.00 |
| 09/22/2020 | PM | Review and revise draft emergency responsive brief per USA's motion for a stay; review cases; review files and earlier Motion to Enforce, etc. File document. Multiple calls and correspondence with J Swyers re same. | 4.70 | $0.00 | $0.00 |
| 09/22/2020 | JS | Review draft response to USA motion to hold in abeyance and provide edits (2.2); phone call with PMC to discuss USA stay request with PMC (.5.); phone call with | 9.00 | $250.00 | $2,250.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | PMC to discuss USA stay request (.2); research caselaw regarding court's exclusive jurisdiction (.9); provide feedback to response to USA motion to hold in abeyance (.8); provide feedback on USA motion to hold in abeyance (1.1); provide feedback and revise USA motion to hold in abeyance (1.0); review and provide edits on response to USA motion to hold in abeyance (2.0); draft proposed order in response to USA motion to hold in abeyance (.3) | | | |
| 09/24/2020 | PM | Begin reviewing USA brief in opposition | 0.50 | $0.00 | $0.00 |
| 09/24/2020 | JS | Consider actions to take concerning USA deadline to file opposition to BV motion to enforce | 0.50 | $250.00 | $125.00 |
| 09/25/2020 | RD | Review opposition filed by DOI; draft correspondence re same. | 0.40 | $250.00 | $100.00 |
| 09/25/2020 | JS | Review USA opposition to motion to enforce and provide notes | 0.80 | $250.00 | $200.00 |
| 09/26/2020 | PM | Review USA's opposition brief; correspondence to litigation team regarding same and potential need to file an urgent motion to stay BIA action. | 1.40 | $0.00 | $0.00 |
| 09/27/2020 | JS | Phone calls with PMC to discuss motion to stay (.1); review rules/procedures/standards that may govern BV request to enjoin agency action (.5); review rules/procedures/standards that may govern BV request to enjoin agency action (1.2); review rules/procedures/standards that may govern BV request to enjoin agency action (.6) | 2.40 | $250.00 | $600.00 |
| 09/28/2020 | PM | Teleconference with litigation team regarding need for a motion to enjoin (.6); further conference with J Swyers and R Dilweg regarding outline and drafting of same (.3); draft outline/arguments for motion to enjoin and correspondence with J Swyers regarding same. (.5) | 1.50 | $0.00 | $0.00 |
| 09/28/2020 | JS | Litigation team conf call to discuss whether to file a motion to stay agency action to prevent BIA from issuing a decision on the mandatory trust election (.6); discuss strategy for motion to stay with PMC and RD (.4); review PMC strategy list for motion to stay (.1); review cases | 7.40 | $250.00 | $1,850.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | involving four-factor test for staying agency action (1.2); review cases involving four-factor test for staying agency action (.3); review cases involving four-factor test for staying agency action (.8); review cases involving four-factor test for staying agency action (.5); draft motion to stay (1.0); draft motion to stay (.5); draft motion to stay (.8); draft motion to stay (1.2) | | | |
| 09/29/2020 | RD | Review draft motion to stay; research rules re stay; draft comments on motion to stay. | 1.50 | $250.00 | $375.00 |
| 09/29/2020 | PM | Review and revise draft Motion for Stay and calls with J Swyers regarding same; research regarding same and motion standards, etc. (2.5) | 2.50 | $0.00 | $0.00 |
| 09/29/2020 | JS | Phone call to discuss motion to stay with PMC (.1); draft motion to stay (1.3); draft motion to stay (.6); draft motion to stay (.8); draft motion to stay (1.2); draft motion to stay (.5); review and provide edits to motion to stay (1.1); update the caselaw and the third-party harm section (.8) | 6.40 | $250.00 | $1,600.00 |
| 09/30/2020 | RD | Review and comment on draft motion to stay. | 0.80 | $250.00 | $200.00 |
| 09/30/2020 | PM | Review and revise draft Motion to Stay; multiple call and emails with J Swyers regarding same; review cases/legal research to support argument; review 1983 and 1987 Stipulations and other Tillie Hardwick files; final edits and review of Motion and file motion. | 5.40 | $0.00 | $0.00 |
| 09/30/2020 | JS | Review caselaw where a gov agency has attempted to just keep taking action despite a litigation party's motion to enforce (.8); review draft motion to stay and provide edits (.4); review draft motion to stay and provide edits (1.2); review draft motion to stay and provide edits (.2) | 2.60 | $250.00 | $650.00 |
| 09/30/2020 | PM | 3.6 hours are billable for PM for September (i.e., above 20 litigation hours for PM) | 1.00 | $720.00 | $720.00 |

| Time Keeper | Quantity | Rate | Total |
|---|---|---|---|
| Rory Dilweg | 3.5 | $250.00 | $875.00 |
| Padraic McCoy | 1.0 | $720.00 | $720.00 |
| Padraic McCoy | 25.9 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Jennifer Swyers | 65.9 | $250.00 | $16,475.00 |
| | | **Total** | **$18,070.00** |
| | | **Payment (11/20/2020)** | **-$18,070.00** |
| | | **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 89 | 12/09/2020 | ██████ | $0.00 | ██████ |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 54 | 11/05/2020 | ██████ | ██████ | $0.00 |
| | | | **Outstanding Balance** | ██████ |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | ██████ |

Please make all amounts payable to: Ocotillo Law & Policy Partners, LLP

Please pay within 30 days.

# PADRAIC I. MCCOY, P.C.

A PROFESSIONAL LAW CORPORATION

## INVOICE

**INVOICE NUMBER:** 1144

**INVOICE DATE:** OCTOBER 22, 2019          **PAYMENT TERMS:** DUE ON RECEIPT

**FROM:** Padraic I McCoy, P.C.
6650 Gunpark Drive
Suite 100
Boulder, CO 80301

**TO:** Buena Vista Gaming Authority (1097882)
HET1026944
dba Harrah's Northern California
PO Box 29033
Hot Springs, AR 71903

General Representation



| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | SERVICES | | | |
| SEP-01-19 | Padraic McCoy | ███████████ | ██ | ██ | ██ |
| SEP-03-19 | Padraic McCoy | ███████████ | ██ | ██ | ██ |
| SEP-04-19 | Padraic McCoy | ███████████ | ██ | ██ | ██ |
| SEP-05-19 | Padraic McCoy | ███████████ | ██ | ██ | ██ |
| SEP-06-19 | Jennifer Swyers | ███████████ | ██ | ██ | ██ |
| SEP-06-19 | Padraic McCoy | ███████████ | ██ | ██ | ██ |

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| SEP-09-19 | Jennifer Swyers | Review Tillie Hardwick (TH) docket and related caselaw to ██████ ███████ (2.4); confer with PMC regarding motion to enforce judgment, county exemption letter, TH docket (.9); confirm availability of e-filing motions (.2). | 3.50 | $225.00 | $787.50 |
| SEP-10-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| SEP-11-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| SEP-12-19 | Jennifer Swyers | Update draft motions to r████████████ ████████ Paragraph 6 of the Stipulated Judgment (1.3); finalize motion for filing to extent possible (1.5) | 2.80 | $225.00 | $630.00 |
| SEP-12-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| SEP-13-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| SEP-15-19 | Jennifer Swyers | Confer with PMC regarding case status, recent conversation with Chairwoman and Chief of Staff. | 1.50 | $225.00 | $337.50 |
| SEP-16-19 | Jennifer Swyers | Review TH docket to locate history of ████ | 1.80 | $225.00 | $405.00 |
| SEP-16-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| SEP-16-19 | Scott Jaffe | ███████████████████ | ██ | ██ | ██ |
| SEP-16-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| SEP-17-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| SEP-17-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |

INVOICE NUMBER: 1144

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| SEP-18-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |
| SEP-20-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |
| SEP-23-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |
| SEP-24-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |
| SEP-25-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |
| SEP-26-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |

EXPENSES

| ██ | ██ | ██ | ██ | ██ | ██ |
|----|----|----|----|----|----|
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |
| ██ | ██ | ██ | ██ | ██ | ██ |

SUMMARY

| | |
|---|---|
| Total amount of services | ██ |
| Total amount of expenses | ██ |
| Total hours for this invoice | 51.90 |
| Total amount of this invoice | ██ |

ACCOUNT INFORMATION

| | |
|---|---|
| Prior account balance as of SEP-17-2019 | ██ |

INVOICE NUMBER: 1144

## ACCOUNT INFORMATION (Cont'd.)

| | |
|---|---|
| Payment SEP-19-2019 - Check |  |
| Invoice 1144 OCT-22-2019 | |
| Payment Refund NOV-01-2019 | |
| Current account balance | $0.00 |

## AMOUNT DUE: $0.00

# PADRAIC I. MCCOY, P.C.
## A PROFESSIONAL LAW CORPORATION

# INVOICE

**INVOICE NUMBER:** 1126
**INVOICE DATE:** SEPTEMBER 17, 2019                    **PAYMENT TERMS:** DUE ON RECEIPT

**FROM:** Padraic I McCoy, P.C.
6650 Gunpark Drive
Suite 100
Boulder, CO 80301

**TO:** Buena Vista Gaming Authority (1097882)
HET1026944
dba Harrah's Northern California
PO Box 29033
Hot Springs, AR 71903

### General Representation

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | **SERVICES** | | | |
| AUG-01-19 | Padraic McCoy | █████████████ | 2.00 | $250.00 | $500.00 |
| | | | | 1.0 Hours/Motion to Enforce | |
| | | review Tillie Hardwick cases regarding motions to enforce. | | | |
| AUG-01-19 | Jennifer Swyers | █████████████ | ██ | ██ | ██ |
| AUG-06-19 | Padraic McCoy | Call with W Smith regarding Tillie Hardwick Motion to Enforce; | 0.80 | $250.00 | $200.00 |
| | | | | .3 Hours/Motion to Enforce | |
| AUG-07-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |
| AUG-08-19 | Padraic McCoy | Review Tillie Hardwick Docket Sheet and specific Docket items, including the Amended Complaint. | 0.50 | $250.00 | $125.00 |

INVOICE NUMBER: 1126

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| AUG-09-19 | Padraic McCoy | Teleconference with JBS regarding the draft Motion to Enforce the Tillie Hardwick; discuss/research ███████ correspondence with JBS regarding same and related 1983 and 1987 Stipulation issues regarding ████████ the Motion to Enforce. | 2.00 | $250.00 | $500.00 |
| AUG-09-19 | Padraic McCoy | Review several Docket items from Tillie Hardwick case; review ████ in same. ████████ | 2.60 | $250.00 | $650.00 |
| AUG-09-19 | Jennifer Swyers | Review Tillie Hardwick (TH) docket and related caselaw to ████████ (2.4); confer with PMC regarding motion to enforce judgment, county exemption letter, TH docket (.9); confirm availability of e-filing motions (.2). | 3.50 | $225.00 | $787.50 |
| AUG-12-19 | Jennifer Swyers | Update draft motions to ████████ of the Stipulated Judgment (1.3); finalize motion for filing to extent possible (1.5) | 2.80 | $225.00 | $630.00 |
| AUG-13-19 | Padraic McCoy | Review latest drafts of Motion to Enforce and Declaration regarding fee to trust/Tillie Hardwick matter. | 1.90 | $250.00 | $475.00 |
| AUG-14-19 | Padraic McCoy | Meet with W Smith and Chairwoman Pope regarding Motion to Enforce and related matters, including matters related to the County and Potts. | 2.20 | $250.00 | $550.00 |
| AUG-14-19 | Padraic McCoy | ████████ | ███ | ███ | ███ |
| AUG-15-19 | Padraic McCoy | Review draft Motion to Enforce; confer with JBS regarding same; additional review and revisions to same. | 2.90 | $250.00 | $725.00 |
| AUG-15-19 | Jennifer Swyers | Confer with PMC regarding case status, recent conversation with Chairwoman and Chief of Staff. | 1.50 | $225.00 | $337.50 |
| AUG-16-19 | Padraic McCoy | ████████ | ███ | ███ | ███ |
| AUG-16-19 | Jennifer Swyers | Review TH docket to locate history of title documents. | 1.80 | $225.00 | $405.00 |

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| AUG-20-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |
| AUG-20-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |
| AUG-21-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |
| AUG-22-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |
| AUG-22-19 | Rebekah Salguero | █████████████ | ██ | ██ | ██ |
| AUG-26-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |
| AUG-28-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |
| AUG-29-19 | Padraic McCoy | █████████████ | ██ | ██ | ██ |

**EXPENSES**

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ████████ | ██ | ██ | ██ |
| ██ | ██ | ████████ | ██ | ██ | ██ |

INVOICE NUMBER: 1126

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| ███ | ███ | ███ | ██ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ | ██ |
| ███ | ███ | ███ | ██ | ██ | ██ |

SUMMARY

| | | AMOUNT |
|---|---|---|
| Total amount of services | | ██ |
| Total amount of expenses | | ██ |
| Total hours for this invoice | 41.90 | |
| Total amount of this invoice | | ██ |

ACCOUNT INFORMATION

| | |
|---|---|
| ███ | ██ |
| ███ | ██ |
| ███ | ██ |
| ███ | ██ |
| ███ | ██ |
| ███ | ██ |
| Current account balance | $0.00 |

AMOUNT DUE: $0.00

# PADRAIC I. MCCOY, P.C.
A PROFESSIONAL LAW CORPORATION

# INVOICE

**INVOICE NUMBER:** 1122
**INVOICE DATE:** AUGUST 19, 2019

**PAYMENT TERMS:** DUE ON RECEIPT

**FROM:** Padraic I McCoy, P.C.
6650 Gunpark Drive
Suite 100
Boulder, CO 80301

**TO:** Buena Vista Gaming Authority (1097882)
HET1026944
dba Harrah's Northern California
PO Box 29033
Hot Springs, AR 71903

## General Representation

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | **SERVICES** | | | |
| JUL-01-19 | Padraic McCoy | Motion to Enforce; review and revise. | 0.60 | $250.00 | $150.00 |
| JUL-03-19 | Padraic McCoy | ███████████████████████ | ██ | ███ | ███ |
| JUL-09-19 | Padraic McCoy | Motion to Enforce, review and revise. | 0.30 | $250.00 | $75.00 |
| JUL-10-19 | Padraic McCoy | Various tasks related to Motion to Enforce Tillie Hardwick motion, including review and revise Motion to Enforce; review 1983 Stipulation; review 1987 Stipulation; research IBIA and other cases affecting Tillie Hardwick stipulations; review past meeting documents wit BIA and OIG, etc. to build a timeline of events over the past 9 years related to the mandatory trust request; etc. | 8.40 | $250.00 | $2,100.00 |
| JUL-10-19 | Jennifer Swyers | Research Amador County 2015 opposition to NPDES permit (1.2); review Amador County Board meetings for collateral attack information (1.5) | 2.70 | $225.00 | $607.50 |
| JUL-11-19 | Padraic McCoy | Additional review and revise of Tillie Hardwick Motion to Enforce and review of documents related to same. | 3.30 | $250.00 | $825.00 |
| JUL-11-19 | Jennifer Swyers | Research caselaw regarding DOI lack of discretion in mandatory trust applications (2.4); draft section of memo regarding lack of discretion in mandatory trust applications (.5) | 2.90 | $225.00 | $652.50 |

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| JUL-12-19 | Padraic McCoy | █████████████ review and revise the latest draft of the Motion to Enforce the Tillie Hardwick stipulated judgment; Teleconference with W Smith regarding Motion to Enforce. | 3.50 | $250.00 | $875.00 |
| | | | 1.5 Hours/Motion to Enforce | | |
| JUL-12-19 | Jennifer Swyers | Review and edit motion to enforce judgment section regarding Tribe and Rancheria (.8); section regarding the 1983 judgment and 1987 judgment (1.5); section regarding ████████ (4.4); argument section (2.2) | 8.90 | $225.00 | $2,002.50 |
| JUL-13-19 | Jennifer Swyers | Research caselaw regarding █████ (4.2); draft motion for ███████ (3.8); finalize edits on motion to enforce judgment (1.2) | 9.20 | $225.00 | $2,070.00 |
| JUL-14-19 | Jennifer Swyers | Finalize edits to motions to enforce judgment and for ██████ | 1.80 | $225.00 | $405.00 |
| JUL-15-19 | Padraic McCoy | ███████████████████ ███████████████████ ███████████████████ review revised Motion to Enforce Tillie Hardwick and draft Motion for ████████ | 1.70 | $250.00 | $425.00 |
| JUL-15-19 | Padraic McCoy | ███████████████████ ███████████████████ | ██ | ██ | ███ |
| JUL-16-19 | Padraic McCoy | ███████████████████ ███████████████████ | ██ | ██ | ███ |
| JUL-16-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ███ |
| JUL-17-19 | Padraic McCoy | Meet with RSK regarding fee to trust matters and related BIA administrative and concerns with the draft Motion to Enforce. | 0.50 | $250.00 | $125.00 |
| JUL-17-19 | Rebekah Salguero | Office conference with PMC to discuss Tillie litigation and pending trust applications. | 0.50 | $250.00 | $125.00 |
| JUL-18-19 | Padraic McCoy | Review and revise certain portions of the draft Motion to Enforce, and correspondence with Chairperson and W Smith regarding same. | 0.50 | $250.00 | $125.00 |

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| JUL-19-19 | Padraic McCoy | Research whether Motion to Enforce should be a ███████████████████████; confer with JBS regarding property tax matter (in anticipation of some response by County to the Tillie Hardwick Motion to Enforce), discuss recent 2nd circuit case regarding county suit in rem against tribal land; confer with JBS regarding ███████████████ Review meetings notes and related items sent from Chairwoman regarding fee to trust meetings with DOI/BIA. | 1.50 | $250.00 | $375.00 |
| JUL-19-19 | Jennifer Swyers | ████████████████████████████ | ████ | ████ | ████ |
| JUL-20-19 | Padraic McCoy | Review multiple documents and files related to reconstructing the fee to trust timeline, for Chairperson Declaration to be attached to Motion to Enforce Tillie Hardwick Order. | 1.80 | $250.00 | $450.00 |
| JUL-20-19 | Jennifer Swyers | ██████████████████ and drafting declaration for Chairwoman Pope for motion to enforce judgment. | .5 Motion to Enforce | | |
| JUL-22-19 | Padraic McCoy | Search documents, files, and records regarding construction of a timeline of meetings and -events related to the Tribe's mandatory fee to trust request; call with Chairwoman regarding same; review emails from Chairwoman regarding same. | 3.60 | $250.00 | $900.00 |
| JUL-23-19 | Padraic McCoy | Review and revise Motion to Enforce Tillie Hardwick Motion. Review BIA correspondence regarding fee to trust applications of the Tribe, and confer with M DeSpain regarding same; ████████████████████████ | 2.80 | $250.00 | $700.00 |
| JUL-23-19 | Jennifer Swyers | Research declarations in support of motions to enforce judgment (1.2); Review timeline of events relating to trust conveyance (.8); begin draft Pope declaration (2.3). | 4.30 | $225.00 | $967.50 |
| JUL-25-19 | Padraic McCoy | ████████████████████████ | 0.90 | $250.00 | $225.00 |
| JUL-26-19 | Padraic McCoy | ████████████████████ | 0.40 | $250.00 | $100.00 |
| JUL-26-19 | Padraic McCoy | Draft/revise Pope Declaration in support of Motion to Enforce. | 0.50 | $250.00 | $125.00 |
| JUL-28-19 | Jennifer Swyers | Review timeline on correspondence between BVR and DOI (1.1); draft Pope declaration in support of motion to enforcement judgment (4.8). | 5.90 | $225.00 | $1,327.50 |
| JUL-29-19 | Jennifer Swyers | Continue, review and finalize draft Pope declaration. | 4.20 | $225.00 | $945.00 |
| JUL-30-19 | Padraic McCoy | Review and revise Pope declaration in support of Motion to Enforce. | 0.30 | $250.00 | $75.00 |

INVOICE NUMBER: 1122

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| JUL-30-19 | Padraic McCoy | █████████████████████ review and revise Pope Declaration in support of Motion to Enforce Tillie Hardwick Stipulation (2.8). | 4.00 | $250.00 | $1,000.00 |
| JUL-31-19 | Padraic McCoy | Confer with JBS regarding latest draft of Pope Declaration and Motion to Enforce Tillie Hardwick stipulation. | 0.40 | $250.00 | $100.00 |
| JUL-31-19 | Jennifer Swyers | Confer with PMC regarding Pope declaration (.4); review draft Pope declaration and provide edits (2.8) | 3.20 | $225.00 | $720.00 |
| | | EXPENSES | | | |
| ████ | ████ | ███████████████ | ██ | ██ | ██ |
| ████ | ████ | ██████████ | ██ | ██ | ██ |
| ████ | ████ | ████████████ | ██ | ██ | ██ |
| ████ | ████ | ██████████ | ██ | ██ | ██ |
| ████ | ████ | ████████████ | ██ | ██ | ██ |
| ████ | ████ | ███████████ | ██ | ██ | ███ |
| ████ | ████ | █████████ | ██ | ██ | ███ |
| ████ | ████ | ████████████ | ██ | ██ | ███ |
| ████ | ████ | ██████████ | ██ | ██ | ███ |
| ████ | ████ | ████████ | ██ | ██ | ███ |
| ████ | ████ | █████████ | ██ | ██ | ██ |

SUMMARY

| | | |
|---|---|---|
| Total amount of services | | ████████ |
| Total amount of expenses | | $1,104.14 |
| Total hours for this invoice | 96.00 | |
| Total amount of this invoice | | ████████ |

ACCOUNT INFORMATION

| | |
|---|---|
| ███████████████ | ████████ |
| ██████████ | ████████ |
| █████████████ | ████████ |
| █████████ | ████████ |
| ███████████ | ████████ |
| █████████ | ████████ |
| ██████████ | ████████ |
| Current account balance | $0.00 |

AMOUNT DUE: $0.00

# PADRAIC I. MCCOY, P.C.
## A PROFESSIONAL LAW CORPORATION

# INVOICE

**INVOICE NUMBER:** 1114

**INVOICE DATE:** JULY 19, 2019

**PAYMENT TERMS:** DUE ON RECEIPT

**FROM:** Padraic I McCoy, P.C.
6650 Gunpark Drive
Suite 100
Boulder, CO 80301

**TO:** Buena Vista Gaming Authority (1097882)
HET1026944
dba Harrah's Northern California
PO Box 29033
Hot Springs, AR 71903

### General Representation

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | **SERVICES** | | | |
| JUN-01-19 | Jennifer Swyers | Research Tillie Hardwick docket and review previous motions to enforce judgment (5.8); Research filings in related cases relating to motions to enforce judgments (1.3) | 7.10 | $225.00 | $1,597.50 |
| JUN-02-19 | Jennifer Swyers | Research filings in related cases relating to motions to enforce judgments. | 2.40 | $225.00 | $540.00 |
| JUN-03-19 | Jennifer Swyers | Review the current Amador county v DOI, Ione litigation and filings ███████ (3.5); review internal Tillie Hardwick files (1.5) | 5.00 | $225.00 | $1,125.00 |
| JUN-09-19 | Jennifer Swyers | Draft Buena Vista Motion to Enforce Judgment: section on Factual Background (5.6); section on ███████ on the Tillie Hardwick Judgment (1.1) | 6.70 | $225.00 | $1,507.50 |
| JUN-10-19 | Padraic McCoy | ████████████████████ | ██ | ██ | ██ |
| JUN-13-19 | Padraic McCoy | ████████████████████ | ██ | ██ | ██ |
| JUN-13-19 | Padraic McCoy | ████████████████████ | ██ | ██ | ██ |

INVOICE NUMBER: 1114

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| JUN-14-19 | Padraic McCoy | ███████████████████ | ██ | ██ | ██ |
| JUN-17-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-17-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-17-19 | Jennifer Swyers | Draft Buena Vista Motion to Enforce Judgment: section on Factual Background (1.6); section on ██████ on the Tillie Hardwick judgment (4.1); argument section (2.1) | 7.80 | $225.00 | $1,755.00 |
| JUN-18-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-18-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-18-19 | Jennifer Swyers | Draft Buena Vista Motion to Enforce Judgment. | 0.50 | $225.00 | $112.50 |
| JUN-19-19 | Jennifer Swyers | Confer with PMC regarding motion to enforce judgment. | 0.10 | $225.00 | $22.50 |
| JUN-20-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-21-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-25-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-26-19 | Padraic McCoy | ███████████████ | ██ | ██ | ██ |
| JUN-27-19 | Padraic McCoy | ██████████ Continue to draft Motion to Enforce | 2.40 | $250.00 | $600.00 1.0 hours for P McCoy re Motion to Enforce |
| JUN-28-19 | Padraic McCoy | Continue to draft the Tillie Motion to Enforce; ████████ | | | 1.0 hours for P. McCoy re Motion to Enforce |
| JUN-30-19 | Rebekah Salguero | ███████████████ | ██ | ██ | ██ |

INVOICE NUMBER: 1114

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | EXPENSES | | | |
| ██ | ██ | ██████████ | ██ | ██ | ██ |
| ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██████ | ██ | █ | █ |
| ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | █████ | ██ | ██ | ██ |
| ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | ███████████ | ██ | ██ | ██ |
| ██ | ██ | █████████ | ██ | ██ | ██ |
| ██ | ██ | ██████ | ██ | ██ | ██ |
| ██ | ██ | █████ | ██ | ██ | ██ |

SUMMARY

| | | | | | |
|--|--|--|--|--|--|
| | | Total amount of services | | | ██ |
| | | Total amount of expenses | | | ██ |
| | | Total hours for this invoice | 62.10 | | |
| | | Total amount of this invoice | | | ██ |

ACCOUNT INFORMATION

████████████████████ ██
████████████ ██
█████████ ██
██████████ ██
██████████ ██
██████████████ ██
██████████ ██
███████████ ██
██████████ ██
█████████████ ██
███████████ █

AMOUNT DUE: $0.00

# PADRAIC I. MCCOY, P.C.

A PROFESSIONAL LAW CORPORATION

## INVOICE

INVOICE NUMBER:  1108

INVOICE DATE:  JUNE 20, 2019

PAYMENT TERMS:  DUE ON RECEIPT

FROM:  Padraic I McCoy, P.C.
6650 Gunpark Drive
Suite 100
Boulder, CO 80301

TO:  Buena Vista Gaming Authority (1097882)
HET1026944
dba Harrah's Northern California
PO Box 29033
Hot Springs, AR 71903

General Representation



| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | SERVICES | | | |
| DEC-07-18 | Scott Jaffe | ██████████ | ██ | ██ | ██ |
| MAY-01-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |
| MAY-01-19 | Alyssa Boselli | ██████████ | ██ | ██ | ██ |
| MAY-02-19 | Padraic McCoy | ██████████ | ██ | ██ | ██ |

INVOICE NUMBER: 1108



| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| MAY-02-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |
| MAY-02-19 | Rebekah Salguero | ██████ | ██ | ██ | ██ |
| MAY-02-19 | Scott Jaffe | ██████ | ██ | ██ | ██ |
| MAY-03-19 | Scott Jaffe | ██████ | ██ | ██ | ██ |
| MAY-03-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |
| MAY-06-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |
| MAY-07-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |
| MAY-08-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |
| MAY-08-19 | Scott Jaffe | ██████ | ██ | ██ | ██ |
| MAY-09-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |
| MAY-09-19 | Scott Jaffe | ██████ | ██ | ██ | ██ |
| MAY-10-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |
| MAY-13-19 | Padraic McCoy | ██████ | ██ | ██ | ██ |

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| MAY-14-19 | Padraic McCoy | | | | |
| MAY-14-19 | Rebekah Salguero | | | | |
| MAY-14-19 | Rebekah Salguero | | | | |
| MAY-15-19 | Padraic McCoy | | | | |
| MAY-15-19 | Rebekah Salguero | | | | |
| MAY-15-19 | Jennifer Swyers | | | | |
| MAY-16-19 | Padraic McCoy | | | | |
| MAY-21-19 | Padraic McCoy | | | | |
| MAY-21-19 | Rebekah Salguero | | | | |
| MAY-21-19 | Scott Jaffe | | | | |



| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| MAY-22-19 | Padraic McCoy | ███████████████████████ | ██ | ██ | ██ |
| MAY-22-19 | Padraic McCoy | ███████████████████████ | ██ | ██ | ██ |
| MAY-22-19 | Rebekah Salguero | ███████████████████████ | ██ | ██ | ██ |
| MAY-22-19 | Alyssa Boselli | ███████████████████████ | ██ | ██ | ██ |
| MAY-23-19 | Jennifer Swyers | ███████████████████████ | ██ | ██ | ██ |
| MAY-23-19 | Padraic McCoy | ██████████████████ call with BCK regarding FOIA request letter and potential motion to court to enforce Tillie Hardwick order; call with JBS regarding same and begin drafting of motion to enforce Tillie Hardwick order. (1.0) | ██ | ██ | ██ |
| MAY-23-19 | Rebekah Salguero | Review FOIA regulations; draft FOIA Request for BIA communications and Meetings regarding Trust Acquisition. | 0.90 | $250.00 | $225.00 |
| MAY-25-19 | Jennifer Swyers | Research mandatory trust procedures (1.5); review Hardwick v. US docket (1.5); research caselaw regarding motions to enforce judgment (2.0) | 5.00 | $225.00 | $1,125.00 |
| MAY-26-19 | Jennifer Swyers | Research caselaw regarding motions to enforce judgment. | 3.80 | $225.00 | $855.00 |
| MAY-29-19 | Jennifer Swyers | Draft memo regarding motion to enforce judgment/mandatory trust in Hardwick v. US. | 4.10 | $225.00 | $922.50 |
| MAY-29-19 | Padraic McCoy | Additional outlining of arguments to be included in the motion to enforce the Tillie Hardwick motion; review FOIA request regarding same. Correspondence to Chair and W Smith regarding Tillie Hardwick motion. | 0.80 | $250.00 | $200.00 |
| | | EXPENSES | | | |
| MAY-01-19 | Padraic McCoy | Overnight FedEx - BVGA | 1.00 | $257.66 | $257.66 |

INVOICE NUMBER: 1108

| DATE | ATTORNEY | DESCRIPTION | QTY | RATE | AMOUNT |
|------|----------|-------------|-----|------|--------|
| | | SUMMARY | | | |
| | | Total amount of services | | | ███████ |
| | | Total amount of expenses | | | █████ |
| | | Total hours for this invoice | 89.10 | | |
| | | Total amount of this invoice | | | ███████ |

ACCOUNT INFORMATION

AMOUNT DUE: $0.00